EXHIBIT A

# David Delorge

| | |
|---|---|
| **From:** | David Delorge |
| **Sent:** | Tuesday, March 1, 2022 5:55 PM |
| **To:** | David Delorge |
| **Subject:** | FW: quick quesrion on source control |

**From:** Ryan Saul <rsaul@dealtable.com>
**Sent:** Saturday, October 20, 2021 8:44 PM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Subject:** Re: quick quesrion on source control Repo & Checkins

New branch under project Ryan Development.
I Just Checked in and it is up to date.


**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, October 19, 2021 5:44 PM
**To:** Ryan Saul <rsaul@dealtable.com>
**Subject:** quick quesrion on source control

Hi ya, May I ask where your committing code to?
I was looking through the Projects in Azure Devops- and wondered which project your using?

I am not seeing new check-ins. Can you advise?


Thanks

### David J. DeLorge
Chief Cloud Architect
Team Lead


Cell Phone# 571-214-0156

**Microsoft CIE TEAMS Trainer**
**Microsoft Certified Azure Architect**
**Microsoft Certified Customer Immersion Expierience Instructor**
**Microsoft Certified AI Engineer**
**Microsoft Certified Security Engineer**
**Microsoft Certified Azure Administrator**
**Microsoft Certified 365 Identity and Services**
**EHC Certified White Hat Hacker 2019**
**AWS Certified cloud developer**

1














**Stay Connected:**



