UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                  :
NETWORK DATA ROOMS, LLC,           :
                       Plaintiff,    :
                                           :          22 Civ. 2299 (LGS)
               -against-                :
                                           :          **ORDER**
SAULREALISM LLC et al.,              :
                       Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a show cause hearing in this action is scheduled for April 7, 2022, at 10:00 a.m.

      WHEREAS, Defendants recently appeared in this action. It is hereby

      **ORDERED** that the hearing on April 7, 2022, is **adjourned** to **April 20, 2022**, at **3:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. It is further

      **ORDERED** that by **April 11, 2022**, Defendants shall file any opposition to Plaintiff's motion for a preliminary injunction. It is further

      **ORDERED** that by **April 18, 2022**, Plaintiff shall file any reply.

Dated: April 5, 2022
       New York, NY

                                                     LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE