UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                                                                   :

NETWORK DATA ROOMS, LLC,                   :
                                              Plaintiff,     :
                                                                    :       22 Civ. 2299 (LGS)
                    -against-                          :
                                                                    :             **ORDER**
SAULREALISM LLC et al.,                        :
                                              Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a show cause hearing in this action is scheduled for April 20, 2022, at 3:30 p.m.  It is hereby

      **ORDERED** that, if either party intends to present testimony at the hearing on April 20, 2022, it shall file a letter identifying the witness(es) who will be testifying and an estimate of the duration of direct testimony **as soon as possible and no later than 10 a.m. on April 18, 2022**, so that, if necessary, the hearing can be adjourned to an earlier time on April 20, 2022, and / or April 21, 2022.

Dated: April 15, 2022
       New York, NY

                                                             LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE