UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                     :
NETWORK DATA ROOMS, LLC,           :
                            Plaintiff,    :
                                                     :        22 Civ. 2299 (LGS)
                  -against-               :
                                                     :        **ORDER**
SAULREALISM LLC et al.,               :
                            Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a show cause hearing in this action is scheduled for April 20, 2022, at 3:30 p.m.

       WHEREAS, on April 18, 2022, the parties filed letters identifying the witnesses that they plan to call at the hearing.  It is hereby

       **ORDERED** that the parties shall appear for a virtual hearing on **April 20, 2022**, beginning at **3:30 p.m.**, and concluding no later than **6:00 p.m.** for Plaintiff's witnesses**,** and resuming on **April 21, 2022**, beginning at **11:30 a.m.** and concluding no later than **12:30 p.m.** for Defendant's testimony.  The hearing will be over Zoom, and the Court will email the parties the Zoom link prior to the hearing.  The public may listen to the conference by calling 888-363-4749 and entering access code 558-3333.

       The parties are advised that the witnesses do not need to repeat any of the substance contained in their declarations.  Plaintiff is allotted a total of ninety (90) minutes for direct examination on Thursday and thirty (30) minutes for cross-examination on Friday.  Defendant is allotted a total of thirty (30) minutes for direct examination on Thursday and sixty (60) minutes

for cross-examination on Wednesday. In all cases, the scope of cross-examination may include the substance contained in the witnesses' declarations. The time limits will be strictly enforced.

Dated: April 15, 2022
      New York, NY

                                        LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE