## Paula Lopez

| | |
|---|---|
| **From:** | Nicholas Fortuna |
| **Sent:** | Wednesday, April 6, 2022 10:55 AM |
| **To:** | renee@wonglaw.net |
| **Cc:** | Paula Lopez |
| **Subject:** | Ryan Saul |
| **Attachments:** | SKM_450i22040609270.pdf |

Hi Renee,

Attached is some evidence we have showing that your client has the code. Attached are screenshots of the servers with brief narration. The second three pages of the attachment are duplicates of the first three pages. I did not recopy the first three pages and send them because they are already hard to read. The attached should be sufficient to let your client know that we can prove she has the code.

As to the fact that your client is telling you she is a male and told my client she is a female and the process server identified her as a female suggests that your client is trying to obscure her identity. Additionally, the process server checked her motor vehicle registration to ensure he was serving the right person. That would make it very difficult to trust what she says in an affidavit.

Regards,
Nick

Nicholas Fortuna
Allyn & Fortuna LLP
400 Madison Avenue, 10th Floor
New York, New York 10017
(212) 213-8844
(212) 213-3318 (fax)
nfortuna@allynfortuna.com
www.allynfortuna.com

**Featured as a Legal Analyst on:**

    

Note: All information contained in this e-mail communication is attorney/client privileged and confidential and is intended solely for the use of the individual or entity named above. If you are not the intended recipient or authorized agent, you are hereby notified that reading, distributing or otherwise disseminating or copying this confidential communication is strictly prohibited. If you have received this transmission in error, please notify us by telephone at (212) 213-8844, delete the communication, and destroy all hard copies. Thank you.

Nicholas Fortuna

Subject: FW: DealTable.com - Developer Malicious actions.

Everytime a Web application is deployed, the Web app Config file changes.
If you see in the source code, the webapp configu is marked, "Sept 2, 2021"

The deployed code is marked as: 1/13/2022
Which means, the code was deployed an updated since the repo last commit date.



With That said, through investigation I have retrieved the Github Code Id of 'Where' the code was deployed from.
I do not have access to this repository, only Ryan Saul Does. I would request she grants us access to this this repo or we can request access, based on the issues of 'Stolen Code' to Github directly.

..

This is our current Devops – ALL Branches.
As you can see the Last updated checkin is Sept 26, 2021



1

Even the "Branch" Suppose to be used by the developer Ryan Saul has no REAL Commits.



All The current WORKED on Code was suppose to be added to the main branch – These are what we have which does NOT include the latest code.

The Vm- assigned to Ryan Saul, In which she was suppose to do ALL coding, also has nothing in it in the Source/Repo folder or location on Visual Studio, or Visual Studio Code section of the VM. This means, the individual deployed and edited code from another location, and deployed it to our site.
Which we have proved looking at RDP and Incoming RDP access requests from the user.

This can be seen in the Deployment Process Logs for the site, in which a individual GitHub repo was used, to store and deploy the code and not a business repo, in which she agreed to use.

Screenshots here.



Other Repo Deploy JSON

LAST GOOD Deploy 1/13/2022



From Github Location ID: fa2b61e5-b946-401c-8547-9f71e1a33e6b

Which is NOT Dealtable.com 's Azure Devops Source control ID. The id Listed is a separate Code Repo.
We cannot access this repo location, which mean Ryan Saul has this location and our code.

Without the uncompiled code- we cannot edit the current deployed code to the app ( dealtable.com Portal.dealtablecom )



The last change on the Web config file, in our source control is dated as 9,25,2021
The deployed last Web config file is dated 1/13/2022.

The developer did not use Dealtables source code repository.
The developer did not check in the code, they were paid to develop, into the repository.
The developer deployed, as shown here, in proof, from another location an is in possession of code they were paid to develop.

3

## Nicholas Fortuna

**Subject:** FW: DealTable.com - Developer Malicious actions.

This is our current Devops – ALL Branches.
As you can see the Last updated checkin is Sept 26, 2021



Even the "Branch" Suppose to be used by the developer Ryan Saul has no REAL Commits.



All The current WORKED on Code was suppose to be added to the main branch – These are what we have which does NOT include the latest code.

The Vm- assigned to Ryan Saul, In which she was suppose to do ALL coding, also has nothing in it in the Source/Repo folder or location on Visual Studio, or Visual Studio Code section of the VM. This means, the individual deployed and edited code from another location, and deployed it to our site.
Which we have proved looking at RDP and Incoming RDP access requests from the user.

This can be seen in the Deployment Process Logs for the site, in which a individual GitHub repo was used, to store and deploy the code and not a business repo, in which she agreed to use.

1

Screenshots here.



Other Repo Deploy JSON

LAST GOOD Deploy 1/13/2022



From Github Location ID: fa2b61e5-b946-401c-8547-9f71e1a33e6b

Which is NOT Dealtable.com's Azure Devops Source control ID. The id Listed is a separate Code Repo. We cannot access this repo location, which mean Ryan Saul has this location and our code.

Without the uncompiled code- we cannot edit the current deployed code to the app ( dealtable.com Portal.dealtablecom )

The last change on the Web config file, in our source control is dated as 9,25,2021
The deployed last Web config file is dated 1/13/2022.

The developer did not use Dealtables source code repository.
The developer did not check in the code, they were paid to develop, into the repository.
The developer deployed, as shown here, in proof, from another location an is in possession of code they were paid to develop.