**SAULREALISM LLC NIXA MO 65714 US**

**Year 2021**

| Date | Description | Type | Amount |
|---|---|---|---|
| Dec 29, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 1229B1QGC06C018155 TRN: 3495621363ES 12/29 | Outgoing wire transfer | -$4,680.00 |
| Dec 14, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 1214B1QGC08C036323 TRN: 3477811348ES 12/14 | Outgoing wire transfer | -$5,520.00 |
| Nov 30, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 1130B1QGC02C002856 TRN: 3137081334ES 11/30 | Outgoing wire transfer | -$7,200.00 |
| Nov 19, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 1119B1QGC05C002190 TRN: 3080231323ES 11/19 | Outgoing wire transfer | -$5,280.00 |
| Nov 2, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 1102B1QGC08C022021 TRN: 3404811306ES 11/02 | Outgoing wire transfer | -$6,720.00 |
| Oct 19, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 1019B1QGC05C004622 TRN: 3091391292ES 10/19 | Outgoing wire transfer | -$7,200.00 |
| Oct 7, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 1007B1QGC07C012454 TRN: 3187341280ES 10/07 | Outgoing wire transfer | -$3,000.00 |
| Sep 14, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0914B1QGC06C002325 TRN: 3014141257ES 09/14 | Outgoing wire transfer | -$6,720.00 |
| Aug 31, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0831B1QGC07C008690 TRN: 3207691243ES 08/31 | Outgoing wire transfer | -$7,920.00 |
| Aug 23, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0823B1QGC02C001805 TRN: 3060221235ES 08/23 | Outgoing wire transfer | -$6,960.00 |
| Aug 3, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0803B1QGC04C007808 TRN: 3444521215ES 08/03 | Outgoing wire transfer | -$6,720.00 |
| Jul 23, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0723B1QGC03C005041 TRN: 3201011204ES 07/23 | Outgoing wire transfer | -$6,720.00 |
| Jul 6, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0706B1QGC02C002953 TRN: 3056931187ES 07/06 | Outgoing wire transfer | -$8,760.00 |
| Jun 28, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0628B1QGC05C002884 TRN: 3109741179ES 06/28 | Outgoing wire transfer | -$7,320.00 |
| Jun 14, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0614B1QGC06C002825 TRN: 3134971165ES 06/14 | Outgoing wire transfer | -$6,540.00 |
| May 24, 2021 | ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0524B1QGC06C012590 TRN: 3438961144ES 05/24 | Outgoing wire transfer | -$8,880.00 |

May 11, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0511B1QGC01C008876 TRN: 3417051131ES 05/11     Outgoing wire transfer     -$5,760.00

Apr 30, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0430B1QGC08C018774 TRN: 3441541120ES 04/30     Outgoing wire transfer     -$4,800.00

Apr 14, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0414B1QGC06C020491 TRN: 3427831104ES 04/14     Outgoing wire transfer     -$4,800.00

Apr 2, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0402B1QGC03C014199 TRN: 3456581092ES 04/02     Outgoing wire transfer     -$4,800.00

Mar 17, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0317B1QGC05C003645 TRN: 3141421076ES 03/17     Outgoing wire transfer     -$4,800.00

Mar 3, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0303B1QGC02C001980 TRN: 3020351062ES 03/03     Outgoing wire transfer     -$4,800.00

Feb 16, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0216B1QGC06C009011 TRN: 3420301047ES 02/16     Outgoing wire transfer     -$4,800.00

Feb 2, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0202B1QGC05C001861 TRN: 3023131033ES 02/02     Outgoing wire transfer     -$4,320.00

Jan 19, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0119B1QGC01C004286 TRN: 3182891019ES 01/19     Outgoing wire transfer     -$4,800.00

Jan 4, 2021     ONLINE DOMESTIC WIRE TRANSFER VIA: GTS SOUTHERN SF MO/286573322 A/C: SAULREALISM LLC NIXA MO 65714 US IMAD: 0104B1QGC08C012560 TRN: 3585021004ES 01/04     Outgoing wire transfer     -$3,840.00

**Total Amount Paid $153,660.00**

# INVOICE

Saulrealism LLC
404 W. South Street PO BOX 2251
Nixa, MO 65714
3143260133
rsaul90@gmail.com

8/2/2021

INVOICE NO. 16

<Payment terms (due on receipt, due in 10 days)>

**BILL TO**

Jack Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
3474204903
jackc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 07/19/21 | 8 | 60.00 | 480.00 |
| 07/20/21 | 8 | 60.00 | 480.00 |
| 07/21/21 | 8 | 60.00 | 480.00 |
| 07/22/21 | 8 | 60.00 | 480.00 |
| 07/23/21 | 8 | 60.00 | 480.00 |
| 07/24/21 | 4 | 60.00 | 240.00 |
| 07/25/21 | 4 | 60.00 | 240.00 |
| 07/26/21 | 8 | 60.00 | 480.00 |
| 07/27/21 | 8 | 60.00 | 480.00 |
| 07/28/21 | 8 | 60.00 | 480.00 |
| 07/29/21 | 8 | 60.00 | 480.00 |
| 07/30/21 | 8 | 60.00 | 480.00 |
| 07/31/21 | 12 | 60.00 | 720.00 |
| 08/01/21 | 12 | 60.00 | 720.00 |

Remarks / Payment Instructions: Bank account for DD in previous e-mails.

**Balance Due $    6,720.00**

# INVOICE

Saulrealism LLC
404 W. South Street PO BOX 2251
Nixa, MO 65714
3143260133
rsaul90@gmail.com

8/16/2021

**INVOICE NO. 17**

<Payment terms (due on receipt, due in 10 days)>

**BILL TO**

Jack Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
3474204903
jackc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 08/02/21 | 8 | 60.00 | 480.00 |
| 08/03/21 | 8 | 60.00 | 480.00 |
| 08/04/21 | 8 | 60.00 | 480.00 |
| 08/05/21 | 8 | 60.00 | 480.00 |
| 08/06/21 | 8 | 60.00 | 480.00 |
| 08/07/21 | 8 | 60.00 | 480.00 |
| 08/08/21 | 8 | 60.00 | 480.00 |
| 08/09/21 | 12 | 60.00 | 720.00 |
| 08/10/21 | 12 | 60.00 | 720.00 |
| 08/11/21 | 12 | 60.00 | 720.00 |
| 08/12/21 | 12 | 60.00 | 720.00 |
| 08/13/21 | 12 | 60.00 | 720.00 |
| 08/14/21 | 0 | 60.00 | 0.00 |
| 08/15/21 | 0 | 60.00 | 0.00 |

Remarks / Payment Instructions:  Bank account for DD in previous e-mails.

**Balance Due $        6,960.00**

# INVOICE

Saulrealism LLC  
404 W. South Street PO BOX 2251  
Nixa, MO 65714  
3143260133  
rsaul90@gmail.com

8/30/2021

**INVOICE NO. 18**

<Payment terms (due on receipt, due in 10 days)>

**BILL TO**

Jack Concannon  
Network Data Rooms  
257 W. 38th Street, 2nd Floor  
3474204903  
jackc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 08/16/21 | 10 | 60.00 | 600.00 |
| 08/17/21 | 10 | 60.00 | 600.00 |
| 08/18/21 | 10 | 60.00 | 600.00 |
| 08/19/21 | 10 | 60.00 | 600.00 |
| 08/20/21 | 10 | 60.00 | 600.00 |
| 08/21/21 | 10 | 60.00 | 600.00 |
| 08/22/21 | 10 | 60.00 | 600.00 |
| 08/23/21 | 10 | 60.00 | 600.00 |
| 08/24/21 | 12 | 60.00 | 720.00 |
| 08/25/21 | 12 | 60.00 | 720.00 |
| 08/26/21 | 12 | 60.00 | 720.00 |
| 08/27/21 | 12 | 60.00 | 720.00 |
| 08/28/21 | 0 | 60.00 | 0.00 |
| 08/29/21 | 4 | 60.00 | 240.00 |

Remarks / Payment Instructions: Bank account for DD in previous e-mails.

**Balance Due $    7,920.00**

# INVOICE

Saulrealism LLC
404 W. South Street PO BOX 2251
Nixa, MO 65714
3143260133
rsaul90@gmail.com

9/6/2021

**INVOICE NO. 19**

*<Payment terms (due on receipt, due in 10 days)>*

**BILL TO**

Jack Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
3474204903
jackc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 08/30/21 | 12 | 60.00 | 720.00 |
| 08/31/21 | 12 | 60.00 | 720.00 |
| 09/01/21 | 12 | 60.00 | 720.00 |
| 09/02/21 | 12 | 60.00 | 720.00 |
| 09/03/21 | 12 | 60.00 | 720.00 |
| 09/04/21 | 12 | 60.00 | 720.00 |
| 09/05/21 | 12 | 60.00 | 720.00 |
| 09/06/21 | 12 | 60.00 | 720.00 |

Remarks / Payment Instructions:  Bank account for DD in previous e-mails.

**Balance Due  $     5,760.00**

# INVOICE

Saulrealism LLC
404 W. South Street PO BOX 2251
Nixa, MO 65714
3143260133
rsaul90@gmail.com

9/13/2021

**INVOICE NO. 20**

<Payment terms (due on receipt, due in 10 days)>

**BILL TO**

Jack Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
3474204903
jackc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 08/30/21 | 8 | 60.00 | 480.00 |
| 08/31/21 | 8 | 60.00 | 480.00 |
| 09/01/21 | 8 | 60.00 | 480.00 |
| 09/02/21 | 8 | 60.00 | 480.00 |
| 09/03/21 | 8 | 60.00 | 480.00 |
| 09/04/21 | 8 | 60.00 | 480.00 |
| 09/05/21 | 8 | 60.00 | 480.00 |
| 09/06/21 | 4 | 60.00 | 240.00 |
| 09/07/21 | 8 | 60.00 | 480.00 |
| 09/08/21 | 8 | 60.00 | 480.00 |
| 09/09/21 | 8 | 60.00 | 480.00 |
| 09/10/21 | 8 | 60.00 | 480.00 |
| 09/11/21 | 10 | 60.00 | 600.00 |
| 09/12/21 | 10 | 60.00 | 600.00 |

Remarks / Payment Instructions: Bank account for DD in previous e-mails.

**Balance Due $    6,720.00**

# INVOICE

Saulrealism LLC
404 W. South Street PO BOX 2251
Nixa, MO 65714
3143260133
rsaul90@gmail.com

10/1/2021

**INVOICE NO. 21**

<Payment terms (due on receipt, due in 10 days)>

**BILL TO**

Thomas Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
3474204903
thomasc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 09/27/21 | 10 | 60.00 | 600.00 |
| 09/28/21 | 10 | 60.00 | 600.00 |
| 09/29/21 | 10 | 60.00 | 600.00 |
| 09/30/21 | 10 | 60.00 | 600.00 |
| 10/01/21 | 10 | 60.00 | 600.00 |

Remarks / Payment Instructions: Bank account for DD in previous e-mails.

**Balance Due $ 3,000.00**

# INVOICE

Saulrealism LLC
404 W. South Street PO BOX 2251
Nixa, MO 65714
3143260133
rsaul90@gmail.com

10/18/2021

22

*<Payment terms (due on receipt, due in 10 days)>*

**BILL TO**

Thomas Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
3474204903
thomasc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 10/04/21 | 8 | 60.00 | 480.00 |
| 10/05/21 | 8 | 60.00 | 480.00 |
| 10/06/21 | 8 | 60.00 | 480.00 |
| 10/07/21 | 8 | 60.00 | 480.00 |
| 10/08/21 | 8 | 60.00 | 480.00 |
| 10/09/21 | 10 | 60.00 | 600.00 |
| 10/10/21 | 10 | 60.00 | 600.00 |
| 10/11/21 | 8 | 60.00 | 480.00 |
| 10/12/21 | 8 | 60.00 | 480.00 |
| 10/13/21 | 8 | 60.00 | 480.00 |
| 10/14/21 | 8 | 60.00 | 480.00 |
| 10/15/21 | 8 | 60.00 | 480.00 |
| 10/16/21 | 10 | 60.00 | 600.00 |
| 10/17/21 | 10 | 60.00 | 600.00 |

Remarks / Payment Instructions: Bank account for DD in previous e-mails.

**Balance Due $**     **7,200.00**

# INVOICE

Saulrealism LLC  
404 W. South Street PO BOX 2251  
Nixa, MO 65714  
3143260133  
rsaul90@gmail.com  

11/1/2021

23

**BILL TO**

Thomas Concannon  
Network Data Rooms  
257 W. 38th Street, 2nd Floor  
3474204903  
thomasc@networkdatarooms.com  

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 10/18/21 | 8 | 60.00 | 480.00 |
| 10/19/21 | 8 | 60.00 | 480.00 |
| 10/20/21 | 10 | 60.00 | 600.00 |
| 10/21/21 | 0 | 60.00 | 0.00 |
| 10/22/21 | 8 | 60.00 | 480.00 |
| 10/23/21 | 10 | 60.00 | 600.00 |
| 10/24/21 | 10 | 60.00 | 600.00 |
| 10/25/21 | 4 | 60.00 | 240.00 |
| 10/26/21 | 8 | 60.00 | 480.00 |
| 10/27/21 | 8 | 60.00 | 480.00 |
| 10/28/21 | 8 | 60.00 | 480.00 |
| 10/29/21 | 8 | 60.00 | 480.00 |
| 10/30/31 | 10 | 60.00 | 600.00 |
| 10/31/31 | 12 | 60.00 | 720.00 |

Remarks / Payment Instructions:  Bank account for DD in previous e-mails.

**Balance Due $**   **6,720.00**

# INVOICE

Saulrealism LLC  
404 W. South Street PO BOX 2251  
Nixa, MO 65714  
3143260133  
rsaul90@gmail.com

**11/15/2021**

**Invoice # 24**

*<Payment terms (due on receipt, due in 10 days)>*

**BILL TO**

Thomas Concannon  
Network Data Rooms  
257 W. 38th Street, 2nd Floor  
3474204903  
thomasc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 11/01/21 | 8 | 60.00 | 480.00 |
| 11/02/21 | 8 | 60.00 | 480.00 |
| 11/03/21 | 8 | 60.00 | 480.00 |
| 11/04/21 | 8 | 60.00 | 480.00 |
| 11/05/21 | 8 | 60.00 | 480.00 |
| 11/06/21 | 10 | 60.00 | 600.00 |
| 11/07/21 | 10 | 60.00 | 600.00 |
| 11/08/21 | 8 | 60.00 | 480.00 |
| 11/09/21 | 8 | 60.00 | 480.00 |
| 11/10/21 | 0 | 60.00 | 0.00 |
| 11/11/21 | 4 | 60.00 | 240.00 |
| 11/12/21 | 4 | 60.00 | 240.00 |
| 11/13/21 | 2 | 60.00 | 120.00 |
| 11/14/21 | 2 | 60.00 | 120.00 |

Remarks / Payment Instructions:  Bank account for DD in previous e-mails.

**Balance Due $   5,280.00**

# INVOICE

Saulrealism LLC
404 W. South Street PO BOX 2251
Nixa, MO 65714
3143260133
rsaul90@gmail.com

11/29/2021

Invoice # 25

<Payment terms (due on receipt, due in 10 days)>

**BILL TO**

Thomas Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
3474204903
thomasc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 11/15/21 | 8 | 60.00 | 480.00 |
| 11/16/21 | 8 | 60.00 | 480.00 |
| 11/17/21 | 8 | 60.00 | 480.00 |
| 11/18/21 | 8 | 60.00 | 480.00 |
| 11/19/21 | 12 | 60.00 | 720.00 |
| 11/20/21 | 12 | 60.00 | 720.00 |
| 11/21/21 | 12 | 60.00 | 720.00 |
| 11/22/21 | 10 | 60.00 | 600.00 |
| 11/23/21 | 8 | 60.00 | 480.00 |
| 11/24/21 | 8 | 60.00 | 480.00 |
| 11/25/21 | 2 | 60.00 | 120.00 |
| 11/26/21 | 8 | 60.00 | 480.00 |
| 11/27/21 | 8 | 60.00 | 480.00 |
| 11/28/21 | 8 | 60.00 | 480.00 |

Remarks / Payment Instructions:  Bank account for DD in previous e-mails.

**Balance Due  $         7,200.00**

# INVOICE

Saulrealism LLC
404 W. South Street PO BOX 2251
Nixa, MO 65714
3143260133
rsaul90@gmail.com

12/13/2021

Invoice # 26

*<Payment terms (due on receipt, due in 10 days)>*

**BILL TO**

Thomas Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
3474204903
thomasc@networkdatarooms.com

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 11/29/21 | 8 | 60.00 | 480.00 |
| 11/30/21 | 8 | 60.00 | 480.00 |
| 12/01/21 | 8 | 60.00 | 480.00 |
| 12/02/21 | 8 | 60.00 | 480.00 |
| 12/03/21 | 6 | 60.00 | 360.00 |
| 12/04/21 | 6 | 60.00 | 360.00 |
| 12/05/21 | 8 | 60.00 | 480.00 |
| 12/06/21 | 8 | 60.00 | 480.00 |
| 12/07/21 | 8 | 60.00 | 480.00 |
| 12/08/21 | 8 | 60.00 | 480.00 |
| 12/09/21 | 8 | 60.00 | 480.00 |
| 12/10/21 | 4 | 60.00 | 240.00 |
| 12/11/21 | 2 | 60.00 | 120.00 |
| 12/12/21 | 2 | 60.00 | 120.00 |

Remarks / Payment Instructions:  Bank account for DD in previous e-mails.

**Balance Due $**    **5,520.00**

# INVOICE

Saulrealism LLC  
404 W. South Street PO BOX 2251  
Nixa, MO 65714  
3143260133  
rsaul90@gmail.com  

12/27/2021

Invoice # 27

*<Payment terms (due on receipt, due in 10 days)>*

**BILL TO**

Thomas Concannon  
Network Data Rooms  
257 W. 38th Street, 2nd Floor  
3474204903  
thomasc@networkdatarooms.com  

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 12/13/21 | 8 | 60.00 | 480.00 |
| 12/14/21 | 8 | 60.00 | 480.00 |
| 12/15/21 | 8 | 60.00 | 480.00 |
| 12/16/21 | 8 | 60.00 | 480.00 |
| 12/17/21 | 6 | 60.00 | 360.00 |
| 12/18/21 | 6 | 60.00 | 360.00 |
| 12/19/21 | 8 | 60.00 | 480.00 |
| 12/20/21 | 0 | 60.00 | 0.00 |
| 12/21/21 | 0 | 60.00 | 0.00 |
| 12/22/21 | 8 | 60.00 | 480.00 |
| 12/23/21 | 8 | 60.00 | 480.00 |
| 12/24/21 | 4 | 60.00 | 240.00 |
| 12/25/21 | 0 | 60.00 | 0.00 |
| 12/26/21 | 6 | 60.00 | 360.00 |

Remarks / Payment Instructions:  Bank account for DD in previous e-mails.

**Balance Due $**     **4,680.00**