Recycle Bin
Git Bash
Google Chrome
repos
File
Home
Share
View
This PC > Windows (C:) > Users > ndradmin > source > repos
Search repos
Quick access
Documents
Downloads
Pictures
This PC
Network
Name
Date modified
Type
Size
This folder is empty.
0 items

