Save Cancel status_complete.xml

```xml
<?xml version="1.0" encoding="utf-8"?>
<deployment>
    <id>5ab3ecf7599c1932ca2d86beff4cb1eb8f6ffa10</id>
    <author>Ryan Saul</author>
    <deployer>VSTS</deployer>
    <authorEmail>rsaul@dealtable.com</authorEmail>
    <message>update for views
</message>
    <progress></progress>
    <status>Success</status>
    <statusText></statusText>
    <lastSuccessEndTime>2021-03-01T02:27:52.004466Z</lastSuccessEndTime>
    <receivedTime>2021-03-01T02:13:34.6630779Z</receivedTime>
    <startTime>2021-03-01T02:13:34.9599771Z</startTime>
    <endTime>2021-03-01T02:27:52.004466Z</endTime>
    <complete>True</complete>
    <is_temp>False</is_temp>
    <is_readonly>False</is_readonly>
</deployment>
```