```
{"TimeStamp":"2022-01-13T20:03:38Z","SiteName":"dev-dealtable","RequestId":"fa2b61e5-b946-401c-8547-9f71e1a33e6b","Kind":"MSDep
```