| Time | ID | User | Application | Status | IP Address | Location | MFA | Auth Method |
|---|---|---|---|---|---|---|---|---|
| 1/18/2022, 1:47:28 PM | 210a68cf-557d-489e-99ce-a... | David Delorge | OfficeHome | Success | 98.43.40.142 | Castle Rock, Colorado, US | Not Applied | Single-factor authentication |
| 1/18/2022, 1:45:14 PM | 2bd24480-1505-4fe8-ba31-4... | Ryan Saul | Azure Portal | Success | 174.209.233.44 | De Soto, Missouri, US | Success | Multi-factor authentication |
| 1/18/2022, 1:44:25 PM | c2984b4d-6f80-4baf-8133-c... | Ryan Saul | Microsoft Teams Web Client | Success | 174.209.233.44 | De Soto, Missouri, US | Success | Multi-factor authentication |
| 1/18/2022, 1:38:27 PM | 34dc527e-f9da-49ed-95e7-b... | Ryan Saul | Microsoft Teams Web Client | Success | 174.209.233.44 | De Soto, Missouri, US | Success | Multi-factor authentication |
| 1/18/2022, 1:26:28 PM | 8b465e16-02f5-4c0b-a914-c... | Ryan Saul | Microsoft Teams Web Client | Success | 174.209.233.44 | De Soto, Missouri, US | Success | Multi-factor authentication |
| 1/18/2022, 1:26:28 PM | d4c283a3-afa3-4a46-b85e-7... | Ryan Saul | Microsoft Teams Web Client | Success | 174.209.233.44 | De Soto, Missouri, US | Success | Multi-factor authentication |
| 1/18/2022, 1:26:27 PM | d4c283a3-afa3-4a46-b85e-7... | Ryan Saul | Microsoft Teams Web Client | Success | 174.209.233.44 | De Soto, Missouri, US | Success | Multi-factor authentication |
| 1/18/2022, 1:24:56 PM | 0576013e-750f-4281-88bc-7... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:24:55 PM | 2bd24480-1505-4fe8-ba31-4... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:24:54 PM | 2bd24480-1505-4fe8-ba31-4... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:23:01 PM | 6fd85ce3-1fd2-4efb-80b4-1... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:22:01 PM | dc6cd164-54f7-4e43-a944-2... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:20:45 PM | 3237bc11-8e92-4bfb-bf73-a... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:19:11 PM | 2bd24480-1505-4fe8-ba31-4... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:19:10 PM | 83fcb529-2890-439e-9898-d... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:16:59 PM | 6864fe62-80ee-4955-901f-3... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:16:50 PM | 93493a08-ac44-44ed-9081-e... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:06:48 PM | 43c6d83a-0141-480b-8b4e-f... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:06:17 PM | 210a68cf-557d-489e-99ce-a... | Ryan Saul | Office365 Shell WCSS-Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:06:15 PM | 0a947e20-7df1-463f-8cf8-e6... | Ryan Saul | Office365 Shell WCSS-Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:06:14 PM | 3551dbd6-8982-45b4-9fab-... | Ryan Saul | Office365 Shell WCSS-Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:05:57 PM | 6e32d6ae-a822-4e81-b27a-... | Ryan Saul | Office 365 Exchange Online | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:05:38 PM | b70725b2-c8cb-4630-ab5e-... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:05:38 PM | 65b7facc-6910-4886-b955-c... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:05:02 PM | 210a68cf-557d-489e-99ce-a... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:05:01 PM | 946447b5-8545-4641-83b7-... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:03:02 PM | e3b67225-10b6-49d2-b42a-... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |
| 1/18/2022, 1:03:01 PM | c8fd13ef-e076-4447-af56-4c... | Ryan Saul | Microsoft Teams Web Client | Success | 162.72.161.103 | Chicago, Illinois, US | Success | Multi-factor authentication |