UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                      :
NETWORK DATA ROOMS, LLC,               :
                         Plaintiff,   :
                                    :      22 Civ. 2299 (LGS)
              -against-                  :
                                    :      **ORDER**
SAULREALISM LLC et al.,                 :
                        Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an evidentiary hearing was held on April 20, and April 21, 2022, in connection with Plaintiff's motion for a preliminary injunction. For the reasons stated at the hearing, it is hereby

       **ORDERED** that by **April 22, 2022** at **2:00 p.m.**, the parties shall file a joint letter stating whether the Court should reserve judgment on Plaintiff's motion to allow the parties to jointly retain an independent expert to provide a report in this action. The letter shall describe how the expert would be selected and retained, the scope of the expert's work and estimated duration of the expert's review. It is further

       **ORDERED** that the Temporary Restraining Order dated March 25, 2022, shall remain in effect pending a ruling on Plaintiff's motion for a preliminary injunction.

Dated: April 21, 2022
       New York, NY

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE