UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**NETWORK DATA ROOMS, LLC,**

                Plaintiff,              Civil Case No.: 22-cv-02299-LGS

      -v-                          Rule 7.1 Statement

**SAULREALISM LLC and RYAN SAUL, in**
**Her individual and professional capacities,**

                Defendants.

---

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated:  New York, New York
         May 6, 2022

                                              Goldberger & Dubin, P.C.

                                              /s/Renee M. Wong
                                              Renee M. Wong, Esq.
                                              *Of Counsel*
                                              401 Broadway, Suite 306
                                              New York, New York 10013
                                              Tel: (212) 431-9380
                                              Email: renee@wonglaw.net