

ATTORNEYS AT LAW

**NEW YORK**
**400 MADISON AVE., 10TH FL**
**NEW YORK, NEW YORK, 10017**
TELEPHONE: **(212)213-8844**
FACSIMILE: **(212)213-3318**

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

June 17, 2022

<u>**Via ECF**</u>
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   22-cv-02299-LGS
>        Network Data Rooms, LLC v. Saulrealism LLC et al
>        Independent Expert Review of Additional Questions

Dear Judge Schofield,

      Allyn & Fortuna LLP represents the plaintiff, Network Data Rooms, LLC ("Plaintiff"), in connection with the above-referenced action.

      Pursuant to Your Honor's Order dated June 15, 2022, we are writing to inform the Court that Plaintiff will pay the costs associated with the additional review of **both** Plaintiff's and Defendants' proposed additional questions.

      Please let us know if you have any questions regarding the foregoing.

      Thank you for your consideration.

                      Respectfully submitted,
                          /s/
                      Paula Lopez

Cc: Renee Wong, Esq. (via ECF)