

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE: (212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile (973) 379-0048

WWW.ALLYNFORTUNA.COM

June 17, 2022

**Via ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    22-cv-02299-LGS
                Network Data Rooms, LLC v. Saulrealism LLC et al
                Independent Expert Review of Additional Questions

Dear Judge Schofield,

      Allyn & Fortuna LLP represents the plaintiff, Network Data Rooms, LLC ("Plaintiff"), in connection with the above-referenced action.

      Pursuant to Your Honor's Order dated June 15, 2022, we are writing to inform the Court that Plaintiff will pay the costs associated with the additional review of **both** Plaintiff's and Defendants' proposed additional questions.

      Please let us know if you have any questions regarding the foregoing.

      Thank you for your consideration.

                            Respectfully submitted,
                            /s/
                          Paula Lopez

Cc: Renee Wong, Esq. (via ECF)

By **June 30, 2022**, Mr. Patterson shall produce a supplemental report addressing the additional questions outlined in the parties' letters (Dkt. Nos. 50, 51).

SO ORDERED.

Dated: June 21, 2022
      New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE