**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

# Scope of Review Summary for Supplemental Report

### Timelines for documents and instructions received

| Date | Description | email received from / sent to |
|------|-------------|-------------------------------|
| 6/21/2022 | Received email requesting a supplemental report completed by 6/30/2022. Email included 3 PDF attachments.<br><br>1. Court Order re-supplemental report<br>2. Saul Letter requesting clarification<br>3. NDR Letter Re-Additional Question | Allyn & Fortuna LLP |
| 6/21/2022 | Responded that I was able to complete the report by 6/30/2022. | Allyn & Fortuna LLP |
| 6/23/2022 | Confirmed that I had access to the NDR Office 365 tenant to perform the review for supplemental report. | Allyn & Fortuna LLP |
| 6/23/2022 | Employer approved my work extension authorizing me to work on the project. | Employer |
| 6/24/2022 | Confirmed that I had the required Admin Roles and Permissions on the NDR tenant to perform the review for supplemental report. | Allyn & Fortuna LLP |
| 6/28/2022 | Request access to Azure DevOPS and Developer Virtual Machine to review, confirm and provide documentation for the additional questions. | Allyn & Fortuna LLP |

### Timelines for supplemental report validations and documentation

| Date | Description | Comments / Hours worked |
|------|-------------|-------------------------|
| 6/25/2022 | Reviewed the three attachments:<br><br>1. Court Order re-supplemental report<br>2. Saul Letter requesting clarification<br>3. NDR Letter Re-Additional Question | 2 hours reviewing documents & creating word template for supplemental report |
| 6/25/2022 | Connect to Office 365 and perform multiple eDiscovery searches for Teams Meetings. Document findings | 4 hours for eDiscovery searches and validations and documenting findings |
| 6/28/2022 | Connect to azure DevOPS and Developer Virtual Machine to validate and document the environments. Documented Findings | 5 hours for connecting to Azure DevOPS, Developer Machine to validate and document findings. |

22-cv-02299-LGS
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| 6/29/2022 | Complete report and submit for approvals | 4 hours Finalize and submit Report |
|---|---|---|
| 6/30/2022 | I updated the term "PC" to "Virtual Machine" for my response in this report which is the correct terminology for the system assigned to the developer in the NDR Azure tenant.<br><br>Personal Computer (PC) is typically a physical computer used to access a Virtual Machine. | 1 hour Updated terminology and review. |

# The following questions were obtained from the Case 1:22-cv-02299-LGS Document 50 Filed 06/14/22.

| Ref No | Scope of Review: Case 1:22-cv-02299-LGS Document 50 Filed 06/14/22 |
|---|---|
| 1.1 | Does an administrator have the capability to modify the password, security code, and/or multifactor authentication credentials (i.e., change of phone number) for a developer account? If so, which administrators have this capability? Does David Delorge as the "One Global Admin" have this capability? |
| 1.2 | On page 8 of the report, you assess that Ryan Saul must have downloaded the code to a PC to make changes and complete builds. Is there any data on the virtual machine that indicates that Ryan Saul downloaded the code on the virtual machine at any time during his consultant work from December 2020 through his termination in January 2022? |
| 1.3 | On page 11 of the report, you show a screen print of the virtual machine specifically for folder Windows>>code>>new>>NDR-2021. Is this the newest activity within the "code" folder? Are there any newer files within the contents of the remaining folders, entitled "ndr_Backend", "ndr_frontend", "ndr_frontend_v2," or anywhere else on the virtual machine? |
| 1.4 | On page 20 of the report, it summarizes that there were no decompiled source comments made to the Azure DevOps repository after 9/26/2021. It further states that there were no deletes made in the NDRs Azure DevOps repositories, and that the repository logs cannot be altered. In support, a screen print of the "Dealtable Development" branch is shown. Based upon that one screen print, is your assessment limited to that no decompiled code was deposited to the "Dealtable Development" branch, and that branch's repository log cannot be altered? |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| | |
|---|---|
| *1.5* | Can entire branches of code be deleted? Would a deleted branch appear in the current branches folder? Was there any attempt to search for an "exact match in deleted branches" for branches "Net Roadshow" or "Net Road Show?" (see, https://docs.microsoft.com/en-us/azure/devops/repos/git/restore-deleted-branch?view=azure-devops). |
| *1.6* | If a branch is deleted, are there any logs regarding the commit history? |
| *1.7* | Are audit logs available for the creation and deletion of branches? |
| *1.8* | Can branches be permanently deleted without the possibility of restoration? Can Azure DevOps be "rolled-back" to reflect earlier instances in time, where a branch was developed but is no longer accessible? |
| *1.9* | Is it possible that code could have been deployed from NDR's Azure repository on 1/13/2022, and that the runtime code does not reflect the current code within the Azure repository? |
| *1.10* | Page 14 of the report shows a excel spreadsheet of the screen print of code runtime components on the web site. How was this spreadsheet generated? Does it demonstrate any other dates where there was a website build? When was the last date prior to 1/13/2022 where there was a website build? |
| *1.11* | Page 24 of the report shows a screen print of the Visual Studio publishing methods on the virtual machines. Are there any logs on the virtual machine's Visual Studio that demonstrate Ryan Saul developed code, committed code to NDR's Azure repository, or published code to the website at any time during his consultant work from December 2020 through his termination in January 2022? |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

# The following questions were obtained from the Case 1:22-cv-02299-LGS Document 51 Filed 06/14/22.

| Ref No | Scope of Review: Case 1:22-cv-02299-LGS Document 51 Filed 06/14/22 |
|--------|-------------------------------------------------------------------|
| *2.1* | Review, assess, and report on the time, frequency and participants involved in MS teams daily scrub meetings held between September 26,2021 and January 18,2022. |

22-cv-02299-LGS
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

# The following responses address questions included in the Case 1:22-cv-02299-LGS Document 50 Filed 06/14/22.

| Ref No | Description | Reference Link | Screen Print |
|--------|-------------|----------------|--------------|

| 1.1 | Does an administrator have the capability to modify the password, security code, and/or multifactor authentication credentials (i.e., change of phone number) for a developer account? If so, which administrators have this capability? Does David Delorge as the "One Global Admin" have this capability? |
|-----|---|

| 1.1.1 | **Reviewers Comments**<br><br>1. An Office 365 Global Administrator role can modify the password and change the multifactor authentication credentials including phone number for a developer account.<br><br>**Reviewer Summary**<br><br>1. I have assessed that David Delorge is assigned as a Global Administrator Role and would have been able to modify the password and change the multifactor authentication credentials including phone number for the developer account. |
|-----|---|

| 1.2 | On page 8 of the report, you assess that Ryan Saul must have downloaded the code to a PC to make changes and complete builds. Is there any data on the virtual machine that indicates that Ryan Saul downloaded the code on the virtual machine at any time during his consultant work from December 2020 through his termination in January 2022? |
|-----|---|

| 1.2.1 | **Reviewers Comments**<br><br>1. I scanned all the directories on the developer Virtual Machine and did not find any data on the Virtual Machine that indicated code was downloaded to the developer assigned virtual machine after 1/18/2021.<br><br>**Reviewer Summary**<br><br>1. I did not find any data on the Virtual Machine that indicates Ryan Saul downloaded code at any time to this Virtual Machine after 1/18/2021. There were some outdated versions on the Virtual Machine created in the months of December 2020 and January 2021 but no data showing any code downloads were made to this Virtual Machine after the date 1/18/2021. |
|-----|---|
| 1.2.2 | *Screen print from Virtual Machine showing old code with last updated date 1/18/2021* |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____



**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____



| 1.3 | On page 11 of the report, you show a screen print of the virtual machine specifically for folder Windows>>code>>new>>NDR-2021. Is this the newest activity within the "code" folder? Are there any newer files within the contents of the remaining folders, entitled "ndr_Backend", "ndr_frontend", "ndr_frontend_v2," or anywhere else on the virtual machine? |
|---|---|
| 1.3.1 | **Reviewers Comments**<br><br>1. I checked every folder on the Virtual Machine and there was no code on the Virtual Machine with a date later than 1/18/2021<br>2. I check the dates in all folders and the git folder in the code libraries which keeps a local records of code upload and downloads.<br>3. I also checked all folders and sub folders for "ndr_backend", "ndr_frontend", "ndr_frontend_v2" and "test1\ ndr_frontend_v2" and found there was no code in these folders with a date later than 1/18/2021<br><br>**<u>Reviewer Summary</u>**<br><br>1. I have assessed that no code exists in any folder on this Virtual Machine with a date later than 1/18/2021 and that the Windows>>code>>new>>NDR-2021 is the newest activity within the code folder on the Virtual Machine. |
| 1.3.2 | *Screen print from Virtual Machine showing NDR backend code with last updated date 12/22/2020* |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| .git | 12/22/2020 2:55 PM | File folder | |
| .vs | 1/12/2021 3:27 AM | File folder | |
| api | 12/22/2020 7:04 PM | File folder | |
| apple | 12/22/2020 7:04 PM | File folder | |
| bank_box | 12/22/2020 7:02 PM | File folder | |
| common | 12/22/2020 7:04 PM | File folder | |
| deal | 12/22/2020 7:04 PM | File folder | |
| manifests | 12/22/2020 2:55 PM | File folder | |
| message | 12/22/2020 7:04 PM | File folder | |
| ndr | 12/22/2020 4:41 PM | File folder | |
| profile | 12/22/2020 7:04 PM | File folder | |
| sharing | 12/22/2020 7:04 PM | File folder | |
| storage | 12/22/2020 7:04 PM | File folder | |
| templates | 12/22/2020 2:55 PM | File folder | |
| .gitignore | 12/22/2020 2:55 PM | Text Document | 1 KB |
| azure-pipelines.yml | 12/22/2020 2:55 PM | YML File | 2 KB |
| azure-pipelines-1.yml | 12/22/2020 2:55 PM | YML File | 3 KB |
| azure-pipelines-2.yml | 12/22/2020 2:55 PM | YML File | 3 KB |
| cognito | 12/31/2020 3:25 AM | Python File | 0 KB |
| Dockerfile | 12/22/2020 2:55 PM | File | 2 KB |
| docusign.pem | 12/22/2020 2:55 PM | PEM File | 2 KB |
| k8sver | 12/22/2020 2:55 PM | File | 1 KB |
| manage | 12/22/2020 2:55 PM | Python File | 1 KB |
| Procfile | 12/22/2020 2:55 PM | File | 1 KB |
| README.md | 12/22/2020 2:55 PM | MD File | 2 KB |
| requirements | 12/22/2020 7:18 PM | Text Document | 1 KB |
| runtime | 12/22/2020 2:55 PM | Text Document | 1 KB |

Windows (C:) › code › ndr_Backend › .git ›

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| hooks | 12/22/2020 2:54 PM | File folder | |
| info | 12/22/2020 2:54 PM | File folder | |
| logs | 12/22/2020 2:55 PM | File folder | |
| objects | 12/22/2020 2:54 PM | File folder | |
| refs | 12/22/2020 2:55 PM | File folder | |
| config | 12/22/2020 2:55 PM | File | 1 KB |
| description | 12/22/2020 2:54 PM | File | 1 KB |
| HEAD | 12/22/2020 2:55 PM | File | 1 KB |
| index | 12/22/2020 2:55 PM | File | 26 KB |
| packed-refs | 12/22/2020 2:55 PM | File | 5 KB |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| 1.3.3 | *Screen print from Virtual Machine showing NDR frontend code with last updated date 1/13/2021.* |
|---|---|

Windows (C:) › code › ndr_frontend ›

| Name | Date modified | Type | Size |
|---|---|---|---|
| index | 1/13/2021 2:12 AM | Microsoft Edge HTM... | 12 KB |
| index-embed | 1/13/2021 2:12 AM | Microsoft Edge HTM... | 11 KB |
| index-embed-login | 1/13/2021 2:12 AM | Microsoft Edge HTM... | 11 KB |
| index | 12/23/2020 6:43 PM | JavaScript File | 3 KB |
| apple-app-site-association | 12/22/2020 2:56 PM | File | 1 KB |
| azure-pipelines.yml | 12/22/2020 2:56 PM | YML File | 1 KB |
| azure-pipelines-1.yml | 12/22/2020 2:56 PM | YML File | 1 KB |
| bitbucket-pipelines.yml | 12/22/2020 2:56 PM | YML File | 1 KB |
| bower | 12/22/2020 2:56 PM | JSON File | 2 KB |
| env-conf | 12/22/2020 2:56 PM | JSON File | 1 KB |
| favicon | 12/22/2020 2:56 PM | PNG File | 19 KB |
| gulpfile | 12/22/2020 2:56 PM | JavaScript File | 9 KB |
| index.tpl | 12/22/2020 2:56 PM | Microsoft Edge HTM... | 2 KB |
| index-embed.tpl | 12/22/2020 2:56 PM | Microsoft Edge HTM... | 1 KB |
| index-embed-login.tpl | 12/22/2020 2:56 PM | Microsoft Edge HTM... | 1 KB |
| package | 12/22/2020 2:56 PM | JSON File | 2 KB |
| package-lock | 12/22/2020 2:56 PM | JSON File | 168 KB |
| .bowerrc | 12/22/2020 2:56 PM | BOWERRC File | 1 KB |
| .gitignore | 12/22/2020 2:56 PM | Text Document | 1 KB |
| Procfile | 12/22/2020 2:56 PM | File | 1 KB |
| README.md | 12/22/2020 2:56 PM | MD File | 1 KB |
| node_modules | 1/13/2021 1:46 AM | File folder | |
| bower_components | 12/23/2020 6:34 PM | File folder | |
| .git | 12/22/2020 2:56 PM | File folder | |
| app | 12/22/2020 2:56 PM | File folder | |
| deploy | 12/22/2020 2:56 PM | File folder | |
| fake_data | 12/22/2020 2:56 PM | File folder | |
| fonts | 12/22/2020 2:56 PM | File folder | |
| images | 12/22/2020 2:56 PM | File folder | |
| libs | 12/22/2020 2:56 PM | File folder | |
| manifests | 12/22/2020 2:56 PM | File folder | |
| ndr-fe | 12/22/2020 2:56 PM | File folder | |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____



| 1.3.4 | *Screen print from Virtual Machine showing NDR frontend V2 code with last updated date 1/5/2021* |
|---|---|

22-cv-02299-LGS
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____



1.3.5   *Screen print from Virtual Machine showing NDR test1 frontend V2 code with last updated date 1/5/2021*

22-cv-02299-LGS
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer
_____

| 1.4 | On page 20 of the report, it summarizes that there were no decompiled source comments made to the Azure DevOps repository after 9/26/2021. It further states that there were no deletes made in the NDRs Azure DevOps repositories, and that the repository logs cannot be altered. In support, a screen print of the "Dealtable Development" branch is shown. Based upon that one screen print, is your assessment limited to that no decompiled code was deposited to the "Dealtable Development" branch, and that branch's repository log cannot be altered? |
|---|---|
| 1.4.1 | **Reviewers Comments**<br><br>1.  I checked all the branches and there are no deleted branches https://docs.microsoft.com/en-us/azure/devops/repos/git/restore-deleted-branch?view=azure-devops<br>2.  What I referred to as repository logs is actually Branch history which cannot be altered in : Azure DEVOPS: https://github.com/MicrosoftDocs/azure-devops-docs/issues/4295<br><br>**Reviewer Summary**<br><br>1.  It is my assessment that there was no code deposited to any of the branches in the NDR-2021 source code repo after 9/26/2021.<br>2.  My assessment is not limited to the Development Branch since my review covered all the active NDR Azure DEVOPS projects and all active branches in each project.<br>3.  It is also my assessment that the branch history cannot be altered in the Azure DEVOPS repos. |
| 1.4.2 | *Screen print showing all branches in the NDR 2021 source code repository.* |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____



| 1.4.3 | *Screen print showing last updates made to source code in the repository with date 9/26/2021 being the last update for both release and debug deployment folders.* |
|---|---|

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

22-cv-02299-LGS
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____



| 1.5 | Can entire branches of code be deleted? Would a deleted branch appear in the current branches folder? Was there any attempt to search for an "exact match in deleted branches" for branches "Net Roadshow" or "Net Road Show?" (see, https://docs.microsoft.com/en-us/azure/devops/repos/git/restore-deleted-branch?view=azure-devops). |
|---|---|
| 1.5.1 | **Reviewers Comments** |
| | 1. Entire branches can be deleted, and deleted branches would show up in the search under deleted branches only if the exact "branch name" is used in the search. |
| | 2. https://docs.microsoft.com/en-us/azure/devops/repos/git/restore-deleted-branch?view=azure-devops |
| | 3. There are no deleted branches in this Azure Repo for branches named "Net Roadshow" and/or "Net Road Show" based on searches completed in the NDR-2021  repo. |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

|  | **Reviewer Summary** |
|---|---|
|  | 1.  I have assessed that there are no deleted branches in the NDR-2021 repo for branches that match exact names "Net Roadshow" and/or "Net Road Show" based on the exact name search. |
| 1.5.2 | *Screen print showing search for "Net Roadshow" and "Net Road Show?" following guide provided in the links above.*  |
| 1.5.3 | *Microsoft documentation states that deleted branches can be restored anytime.* https://docs.microsoft.com/en-us/azure/devops/repos/git/restore-deleted-branch?view=azure-devops <br><br> ⓘ Note <br><br> There is no retention policy on deleted branches. A deleted Git branch can be restored at any time, regardless of when it was deleted. |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer
_____



|       |       |
|-------|-------|
|       | 1. Open your repo on the web and select the Branches view.<br><br>2. Search for the exact branch name using the **Search all branches** box in the upper right.<br><br>3. Click the link to **Search for exact match in deleted branches**. If there is a deleted branch that matches your search, you will be able to see which commit it pointed to when it was deleted, who deleted it, and when it was deleted. |
| 1.5.4 | *Screen print showing all the branches in the NDR-2021 repository.* |

| **1.6** | If a branch is deleted, are there any logs regarding the commit history? |
|---------|------------------------------------------------------------------------|
| 1.6.1   | **Reviewers Comments**<br><br>1. Commit History is stored in the deleted branch and not available unless the deleted branch is restored<br><br>**Reviewer Summary**<br><br>1. I have assessed that there could potentially be deleted branches that I was not able to find without using an exact name match and that any deleted branch commit history will not available unless the deleted branch is restored. |
| 1.6.2   | Print screen showing available Azure DEVOPS Audit Logs |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____



| 1.7 | Are audit logs available for the creation and deletion of branches? |
|---|---|
| 1.7.1 | **Reviewers Comments**<br><br>1.  Audit logs do record resource deletion events (see Microsoft link and details below) and are only retained for 90 days.<br><br>**<u>Reviewer Summary</u>**<br><br>1.  Audit logs for Azure DEVOPS are not available after 90 days so I am unable to determine if there were any audit delete activities for this assessment period September 26,2021 through January 18,2022. |
| 1.7.2 | *Link and summary of logged events for Azure DevOPS Audit Logs*<br><br>https://docs.microsoft.com/en-us/azure/devops/organizations/audit/azure-devops-auditing?view=azure-devops&tabs=preview-page<br><br>Audit changes occur whenever a user or service identity within the organization edits the state of an artifact. You may see events logged for any of the following occurrences:<br><br>• permissions changes<br>• deleted resources<br>• branch policy changes<br>• auditing log access and downloads<br>• and much much more... |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer
_____

| | https://docs.microsoft.com/en-us/azure/devops/organizations/audit/auditing-events?view=azure-devops |
|---|---|
| | ## Areas |

| Area | Description |
|---|---|
| Auditing | View and download audit logs. Access, create, modify, enable, disable, and delete audit streams. |
| Billing | Add, change, or remove Azure Subscriptions. Modify billing quantities for Pipelines, Artifacts, and Cloud Load Test usage. |
| Checks | Create, modify, delete, and track usage of checks including approvals on protected resources in Azure Pipelines (YAML only). |
| Extension | Install, modify, enable, disable, and uninstall extensions for Extensions Marketplace. |
| Git | Create, modify, enable, disable, fork, delete and undelete Git repositories in Azure Repos. Bypass PR policies. Change branch policies. |

| Git | Create, modify, enable, disable, fork, **delete and undelete Git repositories** in Azure Repos. Bypass PR policies. Change branch policies. |
|---|---|

| **1.8** | Can branches be permanently deleted without the possibility of restoration? Can Azure DevOps be "rolled-back" to reflect earlier instances in time, where a branch was developed but is no longer accessible? |
|---|---|

| 1.8.1 | **Reviewers Comments**<br><br>1.  Branches are always recoverable, there is no retention period for deleted branches.<br>https://docs.microsoft.com/en-us/azure/devops/repos/git/restore-deleted-branch?view=azure-devops<br>2.  Existing branches cannot be rolled back.<br><br>**Reviewer Summary**<br><br>1.  Since branches cannot be rolled back (overwritten) I have determined that there is no missing history or code reversal in any of the active branches within the NDR-2021 Azure repository. |
|---|---|
| 1.8.2 | *Microsoft documentation states that deleted branches can be restore anytime.*<br>https://docs.microsoft.com/en-us/azure/devops/repos/git/restore-deleted-branch?view=azure-devops<br><br>ⓘ Note<br><br>There is no retention policy on deleted branches. A deleted Git branch can be restored at any time, regardless of when it was deleted. |

| **1.9** | Is it possible that code could have been deployed from NDR's Azure repository on 1/13/2022, and that the runtime code does not reflect the current code within the Azure repository? |
|---|---|

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| | |
|---|---|
| 1.9.1 | **Reviewers Comments**<br><br>1.  Code could not have been deployed from the NDRs Azure repository on 1/13/2022 since all the deployed code and artifacts in the Azure DEVOPS would need to have the same date as the deployed runtime code on the website.<br><br>**Reviewer Summary**<br><br>1.  It is my assessment that the latest code on the NDR development web site was not deployed from the NDR-2021 Azure DEVOPS repository since the dates do not match. |
| 1.9.2 | *Print screen showing Azure DEVOPS repo development branch (latest code in Azure DEVOPS) dated 9/26/21 and outdated runtime (dealtable.exe)*<br><br> |

22-cv-02299-LGS
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

> *Print Screen from Azure APP services for the development web site showing latest runtime code at 1/13/2022 (dealtable.exe)*

| 1.10 | Page 14 of the report shows a excel spreadsheet of the screen print of code runtime components on the web site. How was this spreadsheet generated? Does it demonstrate any other dates where there was a website build? When was the last date prior to 1/13/2022 where there was a website build? |
|---|---|
| 1.10.1 | **Reviewers Comments**<br><br>1.  NDR Code runtime components are deployed to an Azure Web APP services and the files deployed are then accessible via the Azure Web Portal in the App Services Advanced Editor console (see print screen)<br>2.  I used this raw list from the Advanced Editor to copy/paste into excel so it would be easier to read.<br>3.  Web Site builds deployed from outside of Azure DEVOPS repos or Git repos are not recorded in the Azure Web APP platform Deployment Center or in the Azure deployment logs. Activity Log - no deployment history (microsoft.com)<br>4.  Azure Activity logs are stored for 90 days so I am unable to verify prior deployments and dates.<br><br>**Reviewer Summary** |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

|  | 1. I am not able to determine any prior deployment dates to this website from the logs available in Azure Web APP platform Deployment Center or from the Azure Activity Logs. |
|---|---|
| 1.10.2 | Print screen showing App Service Editor and output |
|  | |

22-cv-02299-LGS
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer
_____



| 1.11 | Page 24 of the report shows a screen print of the Visual Studio publishing methods on the virtual machines. Are there any logs on the virtual machine's Visual Studio that demonstrate Ryan Saul developed code, committed code to NDR's Azure repository, or published code to the website at any time during his consultant work from December 2020 through his termination in January 2022? |
|---|---|
| 1.11.1 | **Reviewers Comments**<br><br>1. Ryan Sauls repo folder on the Virtual Machine is empty and there are no logs available to assess if code was committed from this Virtual Machine any time after 1/18/21.<br><br>**Reviewer Summary**<br><br>1. It is my assessment that Ryan did not use this Virtual Machine to develop code, commit code to NDRs repository or publish code from this Virtual Machine any time after 1/18/21 unless the folder and code he used was deleted from the Virtual Machine before I started my review. |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| 1.11.2 | *Print screen showing publishing methods used on 1/18/2021 to deploy code directly to the Azure Web APP bypassing Azure Repo deployments.* |
|---|---|
| |  |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

# The following responses address questions included in the Case 1:22-cv-02299-LGS **Document 51** Filed 06/14/22.

| Ref No | Description \| Reference Link \| Screen Print |
|---|---|
| 2.1 | Review, assess, and report on the time, frequency and participants involved in MS teams daily scrub meetings held between September 26,2021 and January 18,2022. |
| 2.1 | **Reviewers Comments**<br><br>1. My original assessment did not find the team site meetings since the search criteria I used was restricted to individual user accounts and did not include the keyword and site owner.<br>2. I updated the eDiscovery search to include a search term keyword for team meetings and included the team site owner in the search criteria.<br>3. After updating and rerunning the eDiscovery search, I was able to confirm that there were regular team meetings held for this project between September 26,2021 and January 18,2022<br><br>**Reviewer Summary**<br><br>1. I have assessed Ryan Saul communicated regularly and participated in regular teams' meetings between September 26,2021 and January 18,2022. |
|  | *Screen Print of content search criteria* |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

**Review your search and create it**

**Name and description**
Name
team-meetings

Description
team-meetings

Edit name and description

**Search criteria**
(cc)(kind=MicrosoftTeams)(recipients:rsaul@dealtable.com)(recipients:thomasc@networkdatarooms.com)(recipients:ddelorge@dealtable.onmicrosoft.com)
(recipients:chrisc@networkdatarooms.com)

Edit search criteria

**Locations**
SharePoint
Enabled

Exchange
admin@networkdatarooms.com,rsaul@dealtable.com,ddelorge@dealtable.onmicrosoft.com,thomasc@networkdatarooms.com,dealtable@dealtable.com,prodde
v@networkdatarooms.com,tconcannon@dealtable.com,chrisc@networkdatarooms.com,jackc@dealtable.com,cs@networkdatarooms.com,jackc@networkdataroo
ms.com,cconcannon@dealtable.com

Exchange public folders
Disabled

Edit locations

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____



*Screen print of modified Search terms*

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer
_____



*Team Meetings Summary extracted from search results*

| Date | Meeting Type | Attendees | Time / Duration |
|------|-------------|-----------|-----------------|
| 9/27/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2:29pm UCT 11.47 minutes |
| 9/27/21 | Ad Hoc Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10:42pm UCT 20.03 minutes |
| 9/27/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.29pm UCT 46.30 minutes |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| | | | | |
|---|---|---|---|---|
| 9/27/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.29pm UCT<br>11.47 minutes | |
| 9/27/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11:18om UCT<br>0.45 minutes | |
| 9/27/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.29pm UCT<br>46.30 minutes | |
| 9/28/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 7.26am UCT<br>29.54 minutes | |
| 9/28/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.01pm UCT<br>3.41 minutes | |
| 9/28/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 8.08pm UCT<br>38.45 minutes | |
| 9/28/22 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.27pm UCT<br>7.34 minutes | |
| 9/29/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2pm UCT<br>19.48 minutes | |
| 9/30/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2pm UCT<br>30.59 minutes | |
| 9/30/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.29PM UCT<br>6.06 minutes | |
| 10/1/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2pm UCT<br>7.16 minutes | |
| 10/1/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.30pm UCT<br>13.57 | |
| 10/4/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 1.22pm UCT<br>10.45 minutes | |
| 10/4/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 10.27pm UCT<br>1.27.28 hours | |
| 10/5/21 | Teams Meeting | Ryan Saul, David Delorge | 1.57pm UCT<br>5.07 minutes | |
| 10/5/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 10.27pm UCT<br>50.37 minutes | |
| 10/6/21 | Teams Meeting | Ryan Saul, David Delorge | 2.00pm UCT<br>24.34 minutes | |
| 10/6/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.28pm UCT<br>52.18 minutes | |
| 10/7/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 1.58PM UCT<br>20.01 minutes | |
| 10/7/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.23PM UCT<br>21.53 minutes | |
| 10/7/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.40pm UCT<br>7.52 minutes | |
| 10/8/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.00pm UCT<br>13.36 minutes | |
| 10/8/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.28pm UCT<br>6.17 minutes | |
| 10/8/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 10.28pm UCT<br>38.48 | |
| 10/11/21 | Teams Meeting | Ryan Saul, David Delorge | 2.02pm UCT<br>3.32 minutes | |
| 10/12/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.01pm UCT<br>2.44 minutes | |
| 10/12/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.30pm UCT<br>31.23 minutes | |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| 10/13/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.pppm UCT 5.14 minutes |
|---|---|---|---|
| 10/13/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.30pm UCT 15.17 minutes |
| 10/14/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.00pm UCT 10.07 minutes |
| 10/14/21 | Scheduled Meeting | Ryan Saul, David Delorge, Thomas Concannon Keith Villanueva (networkfinancialprint.com) | 4.29pm UCT 1.30.17 hours |
| 10/14/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.30pm UCT 27.43 minutes |
| 10/15/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 1.59pm UCT 5.00 minutes |
| 10/15/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.29pm UCT 11.31 minutes |
| 10/18/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.30pm UCT 30.49 minutes |
| 10/20/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 1.59pm UCT 5.17 minutes |
| 10/20/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 8.02pm UCT 1.07.33 hours |
| 10/20/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11pm UCT 7.48 minutes |
| 10/20/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 1.55pm 7.43 minutes |
| 10/21/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 6.30pm UCT 48.07 minutes |
| 10/21/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 8.53pm UCT 1.02.24 hours |
| 10/22/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 1.59pm UCT 13.05 minutes |
| 10/22/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.31pm UCT 34.55 minutes |
| 10/25/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.08pm UCT 5.23 minutes |
| 10/26/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.00pm UCT 10.02 minutes |
| 10/27/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 1.58pm UCT 4.19 minutes |
| 10/27/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.57pm UCT 20.05 minutes |
| 10/28/21 | Teams Meeting | Ryan Saul, David Delorge | 1.53pm UCT 15.25 minutes |
| 10/29/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.00pm UCT 7.31 minutes |
| 10/29/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 10.27pm 18.39 minutes |
| 11/1/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 1.59pm UCT 8.02 minutes |
| 11/2/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.00pm UCT 4.27 minutes |
| 11/3/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.00pm UCT 14.35 minutes |
| 11/3/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.16pm UCT 20.03 minutes |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer
_____

| | | | | |
|---|---|---|---|---|
| 11/4/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10.45pm UCT | 11.30 minutes |
| 11/5/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 1.59pm UCT | 2.43 minutes |
| 11/8/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.58pm UCT | 15.21 minutes |
| 11/8/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.29pm UCT | 25.12 minutes |
| 11/9/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.59pm UCT | 8.00 minutes |
| 11/10/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 3.01pm UCT | 21.26 minutes |
| 11/10/21 | Teams Meeting | Ryan Saul, David Delorge | 11.26pm UCT | 35.04 minutes |
| 11/11/21 | Teams Meeting | Ryan Saul, David Delorge | 3.00pm UCT | 15.17 minutes |
| 11/11/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.30pm UCT | 18.28 minutes |
| 11/12/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 3.01pm UCT | 3.03 minutes |
| 11/12/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.31pm UCT | 3.16 minutes |
| 11/15/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.58pm UCT | 13.45 minutes |
| 11/15/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.30pm UCT | 49.40 minutes |
| 11/16/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 3.00pm UCT | 8.49 minutes |
| 11/16/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 8.40am UCT | 49.40 minutes |
| 11/17/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.59pm UCT | 12.07 minutes |
| 11/17/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11.35pm UCT | 43.31 minutes |
| 11/18/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.01pm UCT | 9.26 minutes |
| 11/18/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11.31pm UCT | 25.33 minutes |
| 11/19/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.01pm UCT | 1.59 minutes |
| 11/22/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.01pm UCT | 4.57 minutes |
| 11/22/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11.30pm UCT | 59.24 minutes |
| 11/23/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 3.01pm UCT | 6.17 minutes |
| 11/23/21 | Ad Hoc Meeting | Ryan Saul, David Delorge, Thomas Concannon | 10:40pm | 50.19 minutes |
| 11/24/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 3.0pm UCT | 2.01 minutes |
| 11/24/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.28pm UCT | 7.44 minutes |
| 11/26/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.00pm UCT | 2.42 minutes |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer
_____

| | | | |
|---|---|---|---|
| 11/26/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11.31pm UCT 6.30 minutes |
| 11/29/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.01pm UCT 1.49 minutes |
| 11/30/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 2.59pm UCT 6.51 minutes |
| 12/1/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 4.41pm UCT 28.03 minutes |
| 12/2/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 1.14pm UCT 19.06 minutes |
| 12/2/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 1.39pm UCT 32.41 minutes |
| 12/2/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.01pm UCT 1.14 minutes |
| 12/2/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11.43pm UCT 28.24 minutes |
| 12/6/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 1.29 minutes |
| 12/8/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 3.59pm UCT 3.06 minutes |
| 12/9/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.59pm UCT 11.03 minutes |
| 12/9/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11.30pm UCT 30.22 minutes |
| 12/13/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 2.59pm UCT 6.13 minutes |
| 12/14/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 2.59pm UCT 3.29 minutes |
| 12/14/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 8.07pm UCT 12.15 minutes |
| 12/16/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 4pm UCT 5.38 minutes |
| 12/16/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11.31pm UCT 38.16 minutes |
| 12/17/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 4.02pm UCT 5.22 minutes |
| 12/20/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.00pm UCT 4.13 minutes |
| 12/20/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.31pm UCT 24.41 minutes |
| 12/21/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 3pm UCT 2.23 minutes |
| 12/21/21 | Teams Meeting | Ryan Saul, David Delorge | 11.31pm UCT 9.23 minutes |
| 12/22/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.00pm UCT 11.26 minutes |
| 12/22/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 7.53pm UCT 1.16.49 hours |
| 12/22/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11:42pm UCT 12.14 minutes |
| 12/24/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 4.03pm UCT 1.59 minutes |
| 12/27/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 4.00pm UCT 9.49 minutes |

**22-cv-02299-LGS**
Network Data Rooms, LLC v. Saulrealism LLC et al
Independent Expert Review of Additional Questions
Terry Patterson, Expert Reviewer

_____

| | | | |
|---|---|---|---|
| 12/27/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 11.30pm UCT 45.43 minutes |
| 12/29/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 5.38pm UCT 0.58 minutes |
| 12/29/21 | Teams Meeting | Ryan Saul, Thomas Concannon, Chris Concannon | 9.58pm UCT 1.40.39 hours |
| 12/29/21 | Teams Meeting | Ryan Saul, Thomas Concannon, Chris Concannon | 11.39pm UCT 17 minutes |
| 12/30/21 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.44pm UCT 17.44 minutes |
| 1/3/22 | Teams Meeting | Ryan Saul, David Delorge, Thomas Concannon | 11.25pm UCT 5.26 minutes |
| 1/4/22 | Teams Meeting | Ryan Saul, Thomas Concannon | 2.59pm UCT 11.00 minutes |
| 1/7/22 | Teams Meeting | Ryan Saul, Thomas Concannon | 44.51 minutes |
| 1/10/22 | Teams Meeting | Ryan Saul, Thomas Concannon | 4.00pm UCT 7.00 minutes |
| 1/12/22 | Teams Meeting | Ryan Saul, Thomas Concannon, Chris Concannon | 4.46pm 11.09 minutes |
| 1/13/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 2.58pm UCT 11.21 minutes |
| 1/14/21 | Teams Meeting | Ryan Saul, Thomas Concannon | 3.00pm UCT 50.14 minutes |
| 1/17/22 | Teams Meeting | Ryan Saul, Thomas Concannon | 2.57pm UCT 8.39 minutes |
| 1/18/21 | Teams Meeting | Ryan Saul, Thomas Concannon, Chris Concannon | 8.26pm UCT 17.30 minutes |