```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NETWORK DATA ROOMS, LLC,                                    :
                                    Plaintiff,              :
                                                            :      22 Civ. 2299 (LGS)
                -against-                                   :
                                                            :             ORDER
SAULREALISM LLC, et al.,                                    :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated April 26, 2022, the Court reserved decision on Plaintiff's motion for a preliminary injunction pending review of an independent expert's report.

WHEREAS, on May 10, 2022, Terry Patterson was appointed to serve as an independent expert pursuant to Federal Rule of Evidence 706.

WHEREAS, on June 7, 2022, Mr. Patterson's initial report was filed.

WHEREAS, on June 14, 2022, the parties filed letters proposing additional questions for Mr. Patterson to address in a supplemental report.

WHEREAS, on June 30, 2022, Mr. Patterson's supplemental report was filed. It is hereby

**ORDERED** that by **July 12, 2022**, the parties shall simultaneously file any closing statements in separate letters not to exceed five (5) pages.

Dated: July 5, 2022
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE