22-cv-02299-LGS

RE: Activity in Case 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al OrderIndependent Expert Review of Additional Questions – second supplemental report

Terry Patterson, Expert Reviewer

_____

# Scope of Review Summary for Supplemental Report II

### Timelines for documents and instructions received

| Date | Description | email received from / sent to |
|---|---|---|
| 7/21/2022 | Received email requesting a second supplemental report completed by 7/27/2022. Instructions included.<br><br>"ORDER: ORDERED that by July 27, 2022, Mr. Patterson shall produce a second supplemental report that either (i) confirms the accuracy of the following statements or (ii) denies the accuracy of the following statements with an explanation as to why the statement is not correct: Regardless of any action that may have been taken on Defendant's Virtual Machine -including deletion of code, restoring the Virtual Machine and/or rolling back theVirtual Machine to a particular date in the past - such action would have no impact oncode that was previously committed to the Azure DevOPS repository. With respect to the Azure DevOPS repository change logs/branch history, they (i)show no deletions of any code, (ii) cannot be altered and (iii) date back to at least December 2020. (Signed by Judge Lorna G. Schofield on 7/21/2022) (rro)" | Allyn & Fortuna LLP |
| 7/21/2022 | Responded that I was able to complete the report by 7/27/2022. | Allyn & Fortuna LLP |
| 7/26/2022 | Emailed Supplemental Report II to Allyn & Fortuna LLP | Allyn & Fortuna LLP |

### Timelines for supplemental report validations and documentation

| Date | Description | Comments / Hours worked |
|---|---|---|
| 7/26/2022 | | 1 hour creating word template for supplemental report II and responding to both questions |

**22-cv-02299-LGS**
RE: Activity in Case 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al OrderIndependent Expert Review of Additional Questions – second supplemental report
Terry Patterson, Expert Reviewer
_____

# The following questions were obtained from the Activity in Case 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al Order request

| Ref No | Scope of Review: Activity in Case 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al Order |
|---|---|
| 1 | Regardless of any action that may have been taken on Defendant's Virtual Machine -including deletion of code, restoring the Virtual Machine and/or rolling back the Virtual Machine to a particular date in the past - such action would have no impact on code that was previously committed to the Azure DevOPS repository |
| 2 | With respect to the Azure DevOPS repository change logs/branch history, they (i)show no deletions of any code, (ii) cannot be altered and (iii) date back to at least December 2020 |

**22-cv-02299-LGS**

RE: Activity in Case 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al OrderIndependent Expert Review of Additional Questions – second supplemental report

Terry Patterson, Expert Reviewer

_____

# The following responses address questions included in Activity in Case 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al Order request

| Ref No | Description \| Reference Link \| Screen Print |
|---|---|
| **1.0** | Regardless of any action that may have been taken on Defendant's Virtual Machine -including deletion of code, restoring the Virtual Machine and/or rolling back the Virtual Machine to a particular date in the past - such action would have no impact on code that was previously committed to the Azure DevOPS repository |
| 1.1 | **Reviewers Comments**<br><br>1. Actions would have no impact on code that was previously committed to the Azure DevOPS repository<br>   ***TRUE - I confirm this statement*** |
| **2.0** | With respect to the Azure DevOPS repository change logs/branch history, they (i)show no deletions of any code, (ii) cannot be altered and (iii) date back to at least December 2020 |
| 2.1 | **Reviewers Comments**<br><br>1. The Azure DevOPS repository change logs/branch history:<br><br>    a. (i) show no deletions of any code<br>       ***TRUE - I confirm this statement***<br><br>    b. (ii) cannot be altered<br>       ***TRUE - I confirm this statement***<br><br>    c. (iii) date back to at least December 2020<br>       ***FALSE – I do not confirm this statement*** |
| | (iii) date back to at least December 2020<br><br>The logs include all commits starting January 18, 2021 showing initialization of this repository at 10:43am as per screen print below. |

**22-cv-02299-LGS**

RE: Activity in Case 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al OrderIndependent Expert Review of Additional Questions – second supplemental report
Terry Patterson, Expert Reviewer
_____

| Commit | Hash | Author | Date |
|---|---|---|---|
| jstree undo point 2 | 9bfbe205 | Nobody | Feb 21, 2021 at 3:18 PM |
| undo point 1 for jstree | d10b72c0 | Nobody | Feb 21, 2021 at 12:40 PM |
| JStree WIP | dbfb8346 | Justin Rivera | Feb 20, 2021 at 2:41 PM |
| Module 1 navbars | 985f6c43 | Justin Rivera | Feb 18, 2021 at 12:44 PM |
| Permissions | dff47188 | Nobody | Feb 17, 2021 at 12:45 AM |
| permissions undo point 1 | a2cea927 | Nobody | Feb 16, 2021 at 11:00 PM |
| Basic Folders and Files implementation | 8d0bcffc | Nobody | Feb 15, 2021 at 10:26 PM |
| Module 1 progress | 58485ae7 | Justin Rivera | Feb 12, 2021 at 3:37 PM |
| mock deal update | 64ffc89c | Nobody | Feb 11, 2021 at 7:26 PM |
| Co-arrangers on Deal | 4e46e844 | Nobody | Feb 11, 2021 at 12:18 AM |
| Angular integration | a422f6df | Justin Rivera | Feb 8, 2021 at 7:44 PM |
| File Upload | 5bec5857 | Nobody | Feb 6, 2021 at 9:39 PM |
| Module 2 - documents - mock data | 38dc93ce | Nobody | Feb 3, 2021 at 2:39 AM |
| deal additions + mock deal data to FE | 2cf27717 | Nobody | Jan 28, 2021 at 12:46 AM |
| Added image folder | 3a4dea26 | Justin Rivera | Jan 26, 2021 at 9:10 AM |
| init | 190150e7 | Nobody | Jan 18, 2021 at 10:43 AM |