UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NETWORK DATA ROOMS, LLC,
                      Plaintiff,

-against-

SAULREALISM LLC, et al.,
                      Defendants.
------------------------------------------------------------X

22 Civ. 2299 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on August 5, 2022, Defendants submitted an ex parte letter to Chambers via email regarding the potential falsification of evidence in this action. It is hereby

    **ORDERED** that by **August 9, 2022**, Defendants shall serve a copy of the letter on Plaintiff. It is further

    **ORDERED** that by **August 12, 2022**, Plaintiff shall file a response.

Dated: August 8, 2022
        New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE