# GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER†
LAWRENCE A. DUBIN†*
EDGAR L. FANKBONNER†

†MEMBER OF NY BAR
*MEMBER OF NJ BAR

August 9, 2022

<u>**VIA ECF**</u>

Honorable Lorna G. Schofield
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Network Data Rooms, LLC v. Saulrealism LLC et al*
        Case No.: 22-cv-02299-LGS
        Letter regarding service [ECF Doc. 70]

Your Honor:

 Please be reminded that Goldberger & Dubin, P.C., represents the Defendants in this action, Saulrealism LLC, and Ryan Saul. On August 5, 2022, Defendants submitted a letter submission to Chambers via email regarding the potential falsification of evidence in this action.

 The communication to Chambers was not *ex parte*. Plaintiff's counsel was copied on the email and received the letter submission. It was submitted by email under seal because it contains information marked "CONFIDENTIAL" pursuant to the parties' Protective Order. Due to the time sensitivity of the pending motion, counsel received permission from Chambers to send an email rather than move for permission to file under seal pursuant to Rule I.D.3 of Your Honor's Individual Rules.

                Respectfully submitted,

                Renee Wong, Esq.
                On behalf of Defendants
                Goldberger & Dubin, P.C.
                *Of Counsel*