

ATTORNEYS AT LAW

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE: (212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile  (973) 379-0048

WWW.ALLYNFORTUNA.COM

August 10, 2022

**Via ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    22-cv-02299-LGS
                  Network Data Rooms, LLC v. Saulrealism LLC et al
                  Request for Adjournment of Settlement Conference

Dear Judge Cave:

     Allyn & Fortuna LLP represents the plaintiff, Network Data Rooms, LLC, in connection with the above-referenced action. We write pursuant to paragraph 9(a)(1) of the Standing Order Applicable to Settlement Conferences before Your Honor to request an adjournment of the settlement conference scheduled for August 18, 2022. Counsel for all parties join in this request. This is a second request for an adjournment. The reason for the requested adjournment is that the parties are still waiting for a decision on a motion for a preliminary injunction and to complete the review of discovery produced in this case, both of which would be conducive to a more productive settlement conference.

     I have obtained available adjournment dates from Chambers. After conferring with Defendants' counsel, all parties are available on September 27, 2022 at 10:00 am and September 29, 2022 at 10:00. We respectfully request that the court adjourn the conference to one of these dates.

Thank you for your attention and please let us know if you require anything further.

                               Respectfully submitted,
                                   /s/
                               Paula Lopez

---

Parties' letter-motion seeking an adjournment of the settlement conference scheduled for Thursday, August 18, 2022 at 10:00 a.m. (ECF No. 73) is GRANTED, and the settlement conference is ADJOURNED to **Tuesday, September 27, 2022 at 10:00 a.m.** All other terms of the original scheduling order (ECF No. 48) remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 73.

SO ORDERED 08/11/22

SARAH L. CAVE
United States Magistrate Judge