# GOLDBERGER & DUBIN, P.C.

ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER*
LAWRENCE A. DUBIN*§
EDGAR L. FANKBONNER *

\* MEMBER OF NY BAR
§ MEMBER OF NJ BAR

<u>VIA ECF UNDER SEAL</u>[1]

August 5, 2022

Honorable Lorna G. Schofield
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *Network Data Rooms, LLC v. Saulrealism LLC et al* (22-cv-02299-LGS)
    DR 7-102 [1200.33] [B] (2) Fraud upon a Tribunal

Your Honor:

  Please be reminded that Goldberger & Dubin, P.C., represents the defendants in this action, Saulrealism LLC, and Ryan Saul. Defendants submit, without leave of Court, this letter regarding evidence provided to this Court that has been materially falsified. Pursuant to DR 7-102 [B][2], counsel is obligated to reveal the fraud to the tribunal.

  On March 25, 2022, Plaintiff filed a motion for a Preliminary Injunction and Temporary Restraining Order [Doc 9]. Included in this filing was an Affidavit Declaration of David Delorge (exhibit #4) and an email offered in support (exhibit #5), which has been appended as Exhibit 1. As the Court is aware, a two-day hearing was held, and David Delorge testified in support of Plaintiff's application. Terry Patterson was appointed as an independent expert and has provided three reports regarding the substance of the motion. The motion is still pending.

  Subsequently, Plaintiff has produced emails from David Delorge in response to discovery and inspection demands. The email proffered as exhibit #5 does not exist as it was provided to the Court. There is an email that was the original and then subsequently falsified prior to submission. Exhibit 2 is an email which was marked and produced as Plaintiff's Prod 000345.

  There are material alterations that have been made prior to submission of evidence to this Court regarding both dates and branches that are highly relevant to the pending motion.

  Specifically, the following material changes have been intentionally altered:

---

[1] This letter is filed under seal, as it contains information produced by the Plaintiff that was marked "CONFIDENTIAL" pursuant to the parties stipulated Protective Order [Doc 63]. Defendants have no opposition to unseal this letter.

1

(1) The dates of the email have been altered from January 16, 2021 to October 19-20, 2021[2]; and

(2) Defendant Saul's response to the email regarding branches, changes from "GraphAPILogin" to "Ryan Development."

The remaining characters and even typographical errors are consistent on both emails. As there is clear falsification to the tribunal on a pending motion, counsel is obligated to inform the Court.

        Respectfully submitted,

        Goldberger & Dubin, P.C.

        /s/Renee M. Wong
        Renee M. Wong, Esq.
        On behalf of Defendants
        *Of Counsel*

---

[2] During cross-examination, it was shown that the emails were dated Saturday, October 19, 2021 and Saturday, October 20, 2021. October 19, 2021 was a Tuesday. January 16, 2021 was a Saturday.

**Exhibit 1** - Affidavit Declaration of David Delorge (exhibit #4) and an email offered in support (exhibit #5) in Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order [Doc 9]

EXHIBIT A

# David Delorge

| | |
|---|---|
| **From:** | David Delorge |
| **Sent:** | Tuesday, March 1, 2022 5:55 PM |
| **To:** | David Delorge |
| **Subject:** | FW: quick quesrion on source control |

**From:** Ryan Saul <rsaul@dealtable.com>
**Sent:** Saturday, October 20, 2021 8:44 PM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Subject:** Re: quick quesrion on source control Repo & Checkins

New branch under project Ryan Development.
I Just Checked in and it is up to date.

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, October 19, 2021 5:44 PM
**To:** Ryan Saul <rsaul@dealtable.com>
**Subject:** quick quesrion on source control

Hi ya, May I ask where your committing code to?
I was looking through the Projects in Azure Devops- and wondered which project your using?

I am not seeing new check-ins. Can you advise?


Thanks

**David J. DeLorge**
Chief Cloud Architect
Team Lead


Cell Phone# 571-214-0156

**Microsoft CIE TEAMS Trainer**
**Microsoft Certified Azure Architect**
**Microsoft Certified Customer Immersion Expierience Instructor**
**Microsoft Certified AI Engineer**
**Microsoft Certified Security Engineer**
**Microsoft Certified Azure Administrator**
**Microsoft Certified 365 Identity and Services**
**EHC Certified White Hat Hacker 2019**
**AWS Certified cloud developer**

  

     



**Stay Connected:**

  

**Exhibit 2** - Email which was marked and produced as Plaintiff's Prod 000345

CONFIDENTIAL

## David Delorge

| | |
|---|---|
| **From:** | Ryan Saul |
| **Sent:** | Saturday, January 16, 2021 9:44 PM |
| **To:** | David Delorge |
| **Subject:** | Re: quick quesrion on source control |

New branch under project backend_v2. Branch name is GraphAPILogin.

---

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, January 16, 2021 9:42 PM
**To:** Ryan Saul <rsaul@dealtable.com>
**Subject:** quick quesrion on source control
Hi ya, May I ask where your committing code to?
I was looking through the Projects in Azure Devops- and wondered which project your using?
Projects - Home (azure.com)
Thanks

**David J. DeLorge**
Chief Cloud Architect
Team Lead


Cell Phone# 571-214-0156

**Microsoft CIE TEAMS Trainer**
**Microsoft Certified Azure Architect**
**Microsoft Certified Customer Immersion Expierience Instructor**
**Microsoft Certified AI Engineer**
**Microsoft Certified Security Engineer**
**Microsoft Certified Azure Administrator**
**Microsoft Certified 365 Identity and Services**
**EHC Certified White Hat Hacker 2019**
**AWS Certified cloud developer**












**Stay Connected:**
