UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NETWORK DATA ROOMS, LLC,
                          Plaintiff,

                22 Civ. 2299 (LGS)

       -against-

                ORDER

SAULREALISM LLC, et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated August 16, 2022 (Dkt. No. 75), Plaintiff was directed to show cause at an evidentiary hearing on September 20, 2022, at 2:00 p.m., as to why the Court should not impose sanctions up to and including dismissal of this action and a referral to the United States Attorney's Office for the Southern District of New York for perjury and false statements made to this Court.

    WHEREAS, on August 19, 2022, Defendants filed a letter requesting a pre-motion conference to discuss outstanding discovery that is needed to prepare for the evidentiary hearing (Dkt. No. 79).  It is hereby

    **ORDERED** that by **August 26, 2022**, Plaintiff shall produce to Defendants the requested emails involving David Delorge from January 14, 2022, through the present.  If Plaintiff is not able to collect such communications from custodians at Network Data Rooms, LLC, by **August 26, 2022**, Plaintiff shall file a letter explaining why the requested communications cannot be collected and/or produced and describing the company's retention policies and practices.  It is further

**ORDERED** that, to the extent the parties require any additional discovery to prepare for the evidentiary hearing, they shall meet and confer in an effort to coordinate the production, and raise any disputes by filing a joint letter with the Court no later than **August 30, 2022**.

Dated: August 22, 2022
      New York, New York

                                         **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**