# GOLDBERGER & DUBIN, P.C.
ATTORNEYS AT LAW
401 BROADWAY, STE 306, NEW YORK, NY 10013
(212) 431-9380
FAX (212) 966-0588
E-MAIL: GND401@AOL.COM
www.goldbergerdubin.com

PAUL A. GOLDBERGER∗
LAWRENCE A. DUBIN∗§
EDGAR L. FANKBONNER ∗

∗ MEMBER OF NY BAR
§ MEMBER OF NJ BAR

*Via ECF*

August 23, 2022

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Network Data Rooms, LLC v. Saulrealism LLC and Ryan Saul*
     *Docket No. 22-cv-02299-LGS*

Your Honor:

    I am currently out of the office in a rural area and received today's text order to file a letter regarding the Defendant's drive very late this afternoon.

    I am requesting an extension of time to confer with my client. I will return to the office on Monday, August 29th, and would greatly appreciate an extension to file on that date.

Respectfully submitted,

/s/Renee M. Wong
Renee M. Wong, Esq.
*Attorney for Defendants*

Application **GRANTED**. By **August 29, 2022**, Defendants shall file a letter clarifying whether the requested image of Defendant Saul's hard drive, or its functional equivalent, was made available to Plaintiff as a result of the restoration of the hard drive, including any files that may have been deleted.

Dated: August 24, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE