**Paula Lopez**

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Tuesday, March 1, 2022 8:40 PM
**To:** Nicholas Fortuna; Paula Lopez; Thomas Concannon; Thomas Concannon; Chris Concannon
**Subject:** Notes On Ryan Saul as requested.
**Attachments:** Ryan Saul Resume CV 2020.pdf; Ryan Saul Repo Email october.pdf; Ryan Saul_ Evidence of Breach and Deletion.docx; Rsaul_ActivityQueryResult (2).csv







_____

## David Delorge

**From:** David Delorge
**Sent:** Tuesday, March 1, 2022 5:55 PM
**To:** David Delorge
**Subject:** FW: quick quesrion on source control

**From:** Ryan Saul <rsaul@dealtable.com>
**Sent:** Saturday, October 20, 2021 8:44 PM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Subject:** Re: quick quesrion on source control Repo & Checkins

New branch under project Ryan Development.
I Just Checked in and it is up to date.

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, October 19, 2021 5:44 PM
**To:** Ryan Saul <rsaul@dealtable.com>
**Subject:** quick quesrion on source control

Hi ya, May I ask where your committing code to?
I was looking through the Projects in Azure Devops- and wondered which project your using?

I am not seeing new check-ins. Can you advise?

Thanks

David J. DeLorge
Chief Cloud Architect
Team Lead

Cell Phone# 571-214-0156

Microsoft CIE TEAMS Trainer
Microsoft Certified Azure Architect
Microsoft Certified Customer Immersion Expierience Instructor
Microsoft Certified AI Engineer
Microsoft Certified Security Engineer
Microsoft Certified Azure Administrator
Microsoft Certified 365 Identity and Services
EHC Certified White Hat Hacker 2019
AWS Certified cloud developer

Microsoft
CERTIFIED
AZURE SOLUTIONS ARCHITECT
EXPERT

Microsoft
CERTIFIED
Professional

Microsoft
Partner
Microsoft

MVP
Microsoft®
Most Valuable Professional
Azure

Microsoft
CERTIFIED
AZURE
DEVOPS ENGINEER
EXPERT

Microsoft
CERTIFIED
EXPERT

MICROSOFT CERTIFIED TRAINER
Microsoft
MCT
Trainer
2020 - 2021

Microsoft
CERTIFICATION EXAM
MS-100

Microsoft
CERTIFIED
AZURE
FUNDAMENTALS

Microsoft
MTA
Windows Server
Administration Fundamentals
2017

Stay Connected: