# Nicholas Fortuna

| | |
|---|---|
| From: | Nicholas Fortuna |
| Sent: | Wednesday, August 17, 2022 1:06 PM |
| To: | David Delorge |
| Cc: | Paula Lopez; Chris Concannon chrisc@networkfinancialprint.com; Thomas Concannon (NetworkDatarooms) |
| Subject: | 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al |
| Attachments: | OTSC.pdf; Plaintiff's Letter to Judge Schofield 8.9.22.pdf; Hon Schofield 8-5-2022.pdf |

David,

The judge ordered an evidentiary hearing regarding your email. She wants you to appear on September 20 at 2:00. See attached documents. I advise that you get an attorney to represent you. Because of this order, we have a conflict that prevents us from representing you.

The court's contact information is as follows:

Lorna G. Schofield  United States District Judge
Courtroom 1106
40 Centre Street
Mr. James Street, Courtroom Deputy (212) 805-4553
Chambers (212) 805-0288

Regards,
Nick

Nicholas Fortuna
Allyn & Fortuna LLP
400 Madison Avenue, 10th Floor
New York, New York 10017
(212) 213-8844
(212) 213-3318 (fax)
nfortuna@allynfortuna.com
www.allynfortuna.com

*Featured as a Legal Analyst on:*

    

Note: All information contained in this e-mail communication is attorney/client privileged and confidential and is intended solely for the use of the individual or entity named above. If you are not the intended recipient or authorized agent, you are hereby notified that reading, distributing or otherwise disseminating or copying this confidential communication is strictly prohibited. If you have received this transmission in error, please notify us by telephone at (212) 213-8844, delete the communication, and destroy all hard copies. Thank you.

1