```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NETWORK DATA ROOMS, LLC,                                    :
                                  Plaintiff,                :
                                                            :        22 Civ. 2299 (LGS)
              -against-                                     :
                                                            :        ORDER
SAULREALISM LLC, et al.,                                    :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 19, 2022, Plaintiff filed a letter requesting a pre-motion conference to impose sanctions against Defendants for spoliation of evidence;

WHEREAS, on August 19, 2022, Defendants filed a letter in opposition. It is hereby

**ORDERED** that the parties shall be prepared to address the spoliation issue at the hearing scheduled for **September 20, 2022**.

Dated: August 31, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**