**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
                                                                    :
NETWORK DATA ROOMS, LLC,                                            :
                       Plaintiff,                 :
                                         :  22 Civ. 2299 (LGS)
              -against-                                     :
                                         :  ORDER
SAULREALISM LLC, et al.,                                            :
                           Defendants.               :
------------------------------------------------------------------- :
                                                                    X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on August 16, 2022, Plaintiff was directed to produce David Delorge at the hearing scheduled for September 20, 2022, at 2:00 p.m. unless Delorge states in an affidavit filed with the Court that he intends to assert his Fifth Amendment right against self-incrimination;

      WHEREAS, Delorge mailed an unsigned affidavit to the Court asserting the same. It is hereby

      **ORDERED** that, if Delorge wishes to assert his Fifth Amendment right against self-incrimination, he shall **sign and date** the affidavit and refile it with the Court. It is further

      **ORDERED** that, as soon as possible, Plaintiff's counsel shall send this Order to Delorge and file an affidavit of service.

Dated: September 13, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**