# Exhibit A – Plaintiff's Production 002729, Email

| | |
|---|---|
| **From:** | David Delorge |
| **To:** | Ryan Saul |
| **Subject:** | RE: quick quesrion on source control |
| **Date:** | Sunday, January 17, 2021 10:51:48 AM |
| **Attachments:** | image024.jpg |
| | image025.jpg |
| | image026.jpg |
| | image001.png |
| | image002.png |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.jpg |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |

Awesome, Thank you- Was just getting latest, making sure I had the right branch.

Have a great weekend

**From:** Ryan Saul <rsaul@dealtable.com>
**Sent:** Saturday, January 16, 2021 8:45 PM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Subject:** Re: quick quesrion on source control

Correction: project ndr_frontend_v2, branch GraphAPILogin

**From:** Ryan Saul <rsaul@dealtable.com>
**Sent:** Saturday, January 16, 2021 9:44 PM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Subject:** Re: quick quesrion on source control

New branch under project backend_v2. Branch name is GraphAPILogin.

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, January 16, 2021 9:42 PM
**To:** Ryan Saul <rsaul@dealtable.com>
**Subject:** quick quesrion on source control

Hi ya, May I ask where your committing code to?

I was looking through the Projects in Azure Devops- and wondered which project your using?

Projects - Home (azure.com)

Thanks

**David J. DeLorge**
Chief Cloud Architect
Team Lead


Cell Phone# 571-214-0156

**Microsoft CIE TEAMS Trainer**
**Microsoft Certified Azure Architect**
**Microsoft Certified Customer Immersion Expierience Instructor**
**Microsoft Certified AI Engineer**
**Microsoft Certified Security Engineer**
**Microsoft Certified Azure Administrator**
**Microsoft Certified 365 Identity and Services**