UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
NETWORK DATA ROOMS, LLC,

                     Plaintiff,

              -against-

SAULREALISM LLC, et al.,

                    Defendants.
------------------------------------------------------------- X

22 Civ. 2299 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Order dated August 16, 2022, an evidentiary hearing is scheduled for September 20, 2022, at 2:00 P.M.  It is hereby

    **ORDERED**, that due to technology issues, the hearing is adjourned to **October 27, 2022, at 2:00 P.M.**, in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York.

Dated: September 19, 2022
       New York, New York

                                         LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE