

ATTORNEYS AT LAW

> Plaintiff's letter-motion seeking to adjourn the settlement conference scheduled for Tuesday, September 27, 2022 at 10:00 a.m (ECF No. 100) is DENIED, and the settlement conference shall proceed as scheduled.
>
> The Clerk of Court is respectfully directed to close ECF No. 100.
>
> SO ORDERED 09/23/22
>
> SARAH L. CAVE
> United States Magistrate Judge

September 20, 2022

**Via ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    22-cv-02299-LGS
                Network Data Rooms, LLC v. Saulrealism LLC et al
                Request for Adjournment of Settlement Conference

Dear Judge Cave:

      Allyn & Fortuna LLP represents the plaintiff, Network Data Rooms, LLC, in connection with the above-referenced action. We write pursuant to paragraph 9(a)(1) of the Standing Order Applicable to Settlement Conferences before Your Honor to request an adjournment of the settlement conference scheduled for September 27, 2022. Counsel for all parties join in this request. This is a third request for an adjournment.

      The reason for the requested adjournment is that an evidentiary hearing on an order to show cause originally scheduled for September 20, 2022 was adjourned by the court to October 27, 2022, the parties are still waiting for a decision on a motion for a preliminary injunction, and discovery still needs to be completed in this case. Currently, the end date for fact discovery in this case is November 11, 2022. We request that the court adjourn the settlement conference to a date after November 11, 2022.

      Thank you for your consideration and please let us know if you require anything further in connection with this request.

                                  Respectfully submitted,

                                  /s/

                                Paula Lopez

Cc: Renee Wong, Esq. (via ECF)