**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------- X
                                                                   :
NETWORK DATA ROOMS, LLC,                                           :
                                         Plaintiff,                :
                                                                   :        22 Civ. 2299 (LGS)
                         -against-                                 :
                                                                   :              ORDER
SAULREALISM LLC, et al.,                                           :
                                         Defendants.               :
                                                                   :
----------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 6, 2022, and September 17, 2022, David Delorge mailed to the Court an affidavit asserting his Fifth Amendment right against self-incrimination and accompanying documents. The affidavit and accompanying documents are attached to this Order. It is hereby

**ORDERED** that each party may, but need not, file a letter as to the significance of the contents, if any. Such letters, not to exceed three pages, shall be filed no later than **October 14, 2022.**

Dated: October 5, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

David J Delorge
Email: ddelorge@dapicorp.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NETWORK DATA ROOMS, LLC, | Case No.: 22 Civ. 2299 (LGS) |
| Plaintiff, | |
| -against- | REPLY AFFIDAVIT |
| SAULREALISM LLC, ET AL.,, | |
| Defendant | |

To the honorable LORNA G. SCHOFIELD, District Judge:

I, David J DeLorge, being duly sworn, hereby deposes and says:

Your Honor,

May it please you and this court, I am self-filing a REPLY AFFIDAVIT in conjunction with this

case. I no longer work for NETWORK DATA ROOMS, LLC, and humble request to be removed

from this case in all forms. I have felt harassed and hounded by this company over this case,

which lead to health issues.

As for the 'Email' in question, the 'Original Email thread is attached', for your review in

entirety.

REPLY AFFIDAVIT - 1

I did not give this email to any lawyers, and the information I provided NETWORK DATA

ROOMS, is also attached.

I humbly, as given the option,

**assert my Fifth Amendment right against self-incrimination,**

as I was not in possession on this 'Evidence', nor do I know the

chain of custody it went through, as there were hundreds of emails and passed around.

I beg this court, to grant my pleas above and to allow me to step away from this case in entirety.

Thank you for your time, your Honor.

_____

David J Delorge

_____

Notary Republic

_____

Notary #

Dated this day of Month, year.

_____

REPLY AFFIDAVIT - 2

**delorgedj@outlook.com**

| | |
|---|---|
| **From:** | David Delorge <ddelorge@dealtable.onmicrosoft.com> |
| **Sent:** | Sunday, January 17, 2021 8:52 AM |
| **To:** | Ryan Saul |
| **Subject:** | RE: quick quesrion on source control |

Awesome, Thank you- Was just getting latest, making sure I had the right branch. 😊
Have a great weekend

**From:** Ryan Saul <rsaul@dealtable.com>
**Sent:** Saturday, January 16, 2021 8:45 PM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Subject:** Re: quick quesrion on source control

Correction: project ndr_frontend_v2, branch GraphAPILogin

**From:** Ryan Saul <rsaul@dealtable.com>
**Sent:** Saturday, January 16, 2021 9:44 PM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Subject:** Re: quick quesrion on source control

New branch under project backend_v2. Branch name is GraphAPILogin.

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, January 16, 2021 9:42 PM
**To:** Ryan Saul <rsaul@dealtable.com>
**Subject:** quick quesrion on source control

Hi ya, May I ask where your committing code to?
I was looking through the Projects in Azure Devops- and wondered which project your using?

Projects - Home (azure.com)

Thanks

**David J. DeLorge**
Chief Cloud Architect
Team Lead

Cell Phone# 571-214-0156

**Microsoft CIE TEAMS Trainer**
**Microsoft Certified Azure Architect**
**Microsoft Certified Customer Immersion Expierience Instructor**
**Microsoft Certified AI Engineer**
**Microsoft Certified Security Engineer**
**Microsoft Certified Azure Administrator**

1

delorgedj@outlook.com

| | |
|---|---|
| **From:** | David Delorge <ddelorge@dealtable.onmicrosoft.com> |
| **Sent:** | Tuesday, January 18, 2022 10:27 AM |
| **To:** | Chris Concannon; Thomas Concannon |
| **Subject:** | RE: I would like you to lock out Ryan of the Azure Network software |

Turned back on...
Will find our job Posting and send it over.
Thank you

**From:** Chris Concannon <chrisc@networkdatarooms.com>
**Sent:** Tuesday, January 18, 2022 10:26 AM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>; Thomas Concannon <thomasc@networkdatarooms.com>
**Subject:** Re: I would like you to lock out Ryan of the Azure Network software

David
Turn Ryan back on again.
This is her last chance. I told one more Terrorist hostage threat it's over. Thomas has friend VC firm that is going to help find a back end coder in C#.  Can you send Thomas the language you used for indeed.
Thanks
Chris
Thanks,
Chris

--
Chris T. Concannon
Partner
**Network Data Rooms**
257 W. 38th Street, 2nd Floor
New York, NY 10018
Cell: (917) 374-0020
chrisc@networkdatarooms.com
**Certified. ISO 27001/SOC 2/Office 365**

**Service • Quality • Experience**
**"We Always Have Your Back"**

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Tuesday, January 18, 2022, 11:29 AM
**To:** Chris Concannon; Thomas Concannon
**Subject:** RE: I would like you to lock out Ryan of the Azure Network software

All access removed.
Her account is still their but blocked. I recommend we pull all her emails and assign her Mailbox to someone and her chats before deleting.

Please advise on next steps.
Thank you.

(Also Locked out of Azure and All Services)


**From:** Chris Concannon <chrisc@networkdatarooms.com>
**Sent:** Tuesday, January 18, 2022 9:07 AM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>; Thomas Concannon <thomasc@networkdatarooms.com>
**Subject:** I would like you to lock out Ryan of the Azure Network software

David

I would like you to lock out Ryan of the Azure Network software and make sure we have the latest version.
Please confirm when this is completed.
Please confirm
I will call you to confirm
Thanks,
Chris

--
Chris T. Concannon
Partner
**Network Data Rooms**
257 W. 38th Street, 2nd Floor
New York, NY 10018
Cell: (917) 374-0020
chrisc@networkdatarooms.com

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, January 15, 2022 2:08 PM
**To:** Thomas Concannon <thomasc@networkdatarooms.com>
**Cc:** Chris Concannon <chrisc@networkdatarooms.com>
**Subject:** RE: Hey guys we need DealTable email addresses setup for us

Doing so now..
On another point- Our Sentinel Security discovered our VM's for dealtable are vulnerable for LOG4J.
I am updating the security patches and will work with Ryan on Monday to make sure all the PDF apps, and Only office
are up to date as well.

I will email you (@Thomas Concannon) the User names and New TEMP. passwords.
You can distribute.

Thanks



**From:** Thomas Concannon <thomasc@networkdatarooms.com>
**Sent:** Saturday, January 15, 2022 11:44 AM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Cc:** Chris Concannon <chrisc@networkdatarooms.com>
**Subject:** Re: Hey guys we need DealTable email addresses setup for us

Awesome, thanks David. Please reset the passwords and let us know what they are. We would like to start using the @dealtable emails asap.

Thanks,
Thomas

--
Thomas Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
New York, NY 10018
Cell: (917) 855-7138
thomasc@networkdatarooms.com

> On Jan 15, 2022, at 12:13 PM, David Delorge <ddelorge@dealtable.onmicrosoft.com> wrote:
>
> Email address and account exist for the below list.
> DO you need these accounts and  Passwords reset ?
> If so please advise.
>
> Thank you
>
> **From:** Chris Concannon <chrisc@networkdatarooms.com>
> **Sent:** Friday, January 14, 2022 1:32 PM
> **To:** Thomas Concannon <thomasc@networkdatarooms.com>
> **Cc:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
> **Subject:** Hey guys we need DealTable email addresses setup for us
>
> Hey guys we need DealTable email addresses setup for us
> Can we get these set up for next week
>
> Chrisc
> Thomasc
> Jackc
> Davidd
> Accounting
> CustomerService
> Sales
> SoftwareTraining
>
> Thanks,
> Chris

--
Chris T. Concannon
**Network Data Rooms**
257 W. 38th Street, 2nd Floor
New York, NY 10018
Cell: (917) 374-0020
chrisc@networkdatarooms.com

**delorgedj@outlook.com**

| | |
|---|---|
| **From:** | David Delorge <ddelorge@dealtable.onmicrosoft.com> |
| **Sent:** | Sunday, August 28, 2022 10:52 AM |
| **To:** | delorgedj@outlook.com |
| **Subject:** | Fw: 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al |
| **Attachments:** | OTSC.pdf; Plaintiff's Letter to Judge Schofield 8.9.22.pdf; Hon Schofield 8-5-2022.pdf |

**From:** Nicholas Fortuna <nfortuna@allynfortuna.com>
**Sent:** Wednesday, August 17, 2022 11:06 AM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Cc:** Paula Lopez <plopez@allynfortuna.com>; Chris Concannon chrisc@networkfinancialprint.com <chrisc@networkfinancialprint.com>; Thomas Concannon <thomasc@networkdatarooms.com>
**Subject:** 1:22-cv-02299-LGS Network Data Rooms, LLC v. Saulrealism LLC et al

David,

The judge ordered an evidentiary hearing regarding your email. She wants you to appear on September 20 at 2:00. See attached documents. I advise that you get an attorney to represent you. Because of this order, we have a conflict that prevents us from representing you.

The court's contact information is as follows:

Lorna G. Schofield  United States District Judge
Courtroom 1106
40 Centre Street
Mr. James Street, Courtroom Deputy  (212) 805-4553
Chambers (212) 805-0288

Regards,
Nick

Nicholas Fortuna
Allyn & Fortuna LLP
400 Madison Avenue, 10th Floor
New York, New York 10017
(212) 213-8844
(212) 213-3318 (fax)
nfortuna@allynfortuna.com
www.allynfortuna.com

*Featured as a Legal Analyst on:*

    

Note: All information contained in this e-mail communication is attorney/client privileged and confidential and is intended solely for the use of the individual or entity named above.  If you are not the intended recipient or authorized agent, you are hereby notified that reading, distributing or otherwise disseminating or copying this confidential communication is

**delorgedj@outlook.com**

| | |
|---|---|
| **From:** | David Delorge <ddelorge@dealtable.onmicrosoft.com> |
| **Sent:** | Tuesday, January 18, 2022 9:29 AM |
| **To:** | Chris Concannon; Thomas Concannon |
| **Subject:** | RE: I would like you to lock out Ryan of the Azure Network software |

All access removed.
Her account is still their but blocked. I recommend we pull all her emails and assign her Mailbox to someone and her chats before deleting.

Please advise on next steps.
Thank you.

(Also Locked out of Azure and All Services)

**From:** Chris Concannon <chrisc@networkdatarooms.com>
**Sent:** Tuesday, January 18, 2022 9:07 AM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>; Thomas Concannon <thomasc@networkdatarooms.com>
**Subject:** I would like you to lock out Ryan of the Azure Network software

David

I would like you to lock out Ryan of the Azure Network software and make sure we have the latest version.
Please confirm when this is completed.
Please confirm
I will call you to confirm
Thanks,
Chris

--
Chris T. Concannon
Partner
**Network Data Rooms**
257 W. 38th Street, 2nd Floor
New York, NY 10018
Cell: (917) 374-0020
chrisc@networkdatarooms.com

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, January 15, 2022 2:08 PM
**To:** Thomas Concannon <thomasc@networkdatarooms.com>
**Cc:** Chris Concannon <chrisc@networkdatarooms.com>
**Subject:** RE: Hey guys we need DealTable email addresses setup for us

Doing so now..
On another point- Our Sentinel Security discovered our VM's for dealtable are vulnerable for LOG4J.

1

I am updating the security patches and will work with Ryan on Monday to make sure all the PDF apps, and Only office are up to date as well.

I will email you (@Thomas Concannon) the User names and New TEMP. passwords.
You can distribute.

Thanks



**From:** Thomas Concannon <thomasc@networkdatarooms.com>
**Sent:** Saturday, January 15, 2022 11:44 AM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Cc:** Chris Concannon <chrisc@networkdatarooms.com>
**Subject:** Re: Hey guys we need DealTable email addresses setup for us

Awesome, thanks David. Please reset the passwords and let us know what they are. We would like to start using the @dealtable emails asap.

Thanks,
Thomas

--
Thomas Concannon
Network Data Rooms
257 W. 38th Street, 2nd Floor
New York, NY 10018
Cell: (917) 855-7138
thomasc@networkdatarooms.com

On Jan 15, 2022, at 12:13 PM, David Delorge <ddelorge@dealtable.onmicrosoft.com> wrote:

Email address and account exist for the below list.
DO you need these accounts and  Passwords reset ?
If so please advise.

Thank you

**From:** Chris Concannon <chrisc@networkdatarooms.com>
**Sent:** Friday, January 14, 2022 1:32 PM
**To:** Thomas Concannon <thomasc@networkdatarooms.com>
**Cc:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Subject:** Hey guys we need DealTable email addresses setup for us

Hey guys we need DealTable email addresses setup for us
Can we get these set up for next week

Chrisc
Thomasc
Jackc
Davidd
Accounting
CustomerService
Sales
SoftwareTraining

Thanks,
Chris

3

--

Chris T. Concannon
**Network Data Rooms**
257 W. 38th Street, 2nd Floor
New York, NY 10018
Cell: (917) 374-0020
chrisc@networkdatarooms.com

**delorgedj@outlook.com**

| | |
|---|---|
| **From:** | David Delorge <ddelorge@dealtable.onmicrosoft.com> |
| **Sent:** | Sunday, February 20, 2022 8:57 AM |
| **To:** | Thomas Concannon; Thomas Concannon; Chris Concannon |
| **Cc:** | Nicholas Fortuna |
| **Subject:** | Re: SEE below : FW: Meeting today at 5pm 1.19.22 |

My apologies on the date error, and the times were my time not est.
I'll correct

Get Outlook for Android

**From:** Thomas Concannon <thomasc@networkdatarooms.com>
**Sent:** Saturday, February 19, 2022 6:42:27 PM
**To:** David Delorge <ddelorge@dealtable.onmicrosoft.com>; Thomas Concannon <tconcannon@dealtable.com>; Chris Concannon <chrisc@networkdatarooms.com>
**Cc:** Nicholas Fortuna <nfortuna@allynfortuna.com>
**Subject:** Re: SEE below : FW: Meeting today at 5pm 1.19.22

Just to clarify...couple of issues with the email below in regards to the timeline. 1. Everything went down on 1/18/22 not 1/17/22. Did you talk to her on the 17th about this? 2. You said 10:30am MST is when it all went down but it was at 1:30 MST and she deleted everything after that meeting went south and her last log in failed attempt was at 2:00:38 MST.

TimeLine:
Tuesday Jan 17th, 2022 (8:45 am)
Ryan Saul Teams Messaged me she 'Had' to talk ASAP. She then Called my cell phone at 8:40 am telling me she was tired of Thomas not giving her a list to complete, that everyone is a dumb ass etc. She then asked me if to get "Them" (Thomas and Chris) upset, if she could delete the Dev Code and show them that she had them in a corner and they have to do what she wanted. I Vehemently told her #1. You cannot delete the code, #2. It's a breach of contract and a felony. She laughed it off, said she was playing and I told her I had to go, and hung up.

Tuesday Jan 17th, 2022 (9 am)
I was Teams Messaged by Chris Concannon to block Ryan Saul's access to Azure and Office 365. I immediately went into the system and blocked her access.
She at this time threatened to do something harmful.

Tuesday Jan 17th, 2022 (10:30 am)

@ approx. 10:30 am we had a meeting with Ryan – after I was told to re-enable her account, which I did.
We were on a Teams call with her and she said she was tired of the BS and that they didn't and couldn't continue without her. Chris Concannon then explained that he was done dealing with her disrespect and threats. He told her she was no longer working on the project and was fired. Ryan Saul then hung up.
At that Time I was told to go block her account again and cut off her access. This process takes less hen a min to accomplish.

1

In that minute, Ryan Saul deleted all the tables from the Application DB and deleted the Web App itself and was trying to create a back door into the Network Security.
**This had to be pre-staged and set up and ready for her to just run the query to delete the SQL DB tables and Delete the app.**
Once I discovered what she had done, I began retrieving our Disaster Recovery backups and re-deploying the system. She has embedded re-write code in the DB on 1/18/2022 around 9:50 am and also removed all admin privileges to the web app. I was forced to retrieve a 'Good' copy of the application from Thursday Evening at 11:55 PM to restore it to working order.
Around 4:04 pm MST time Ryan Saul called my phone again. I answered and asked why she deleted these services. She laughed and said that they deserved it . I explained to her not to call my cell again and these actions are illegal . She said she was calling to ask me to be a reference. I then said again, do not call me, you have broken your NDA and I now need to fix everything. She then told me to tell Thomas and Chris she would fix it for them, if they still wanted her to conitinue to work. I hung up.

I have blocked, removed and added her IP's and location to our security blocks and am monitoring all activity , as this morning around 6am, she tried again to access the system.
Attached please find evidence and Logs of the above.


Get Outlook for iOS

---

**From:** David Delorge <ddelorge@dealtable.onmicrosoft.com>
**Sent:** Saturday, February 19, 2022 8:12:40 PM
**To:** Thomas Concannon <thomasc@networkdatarooms.com>; Thomas Concannon <tconcannon@dealtable.com>; Chris Concannon <chrisc@networkdatarooms.com>
**Subject:** SEE below : FW: Meeting today at 5pm 1.19.22

Notice Timeline and What happened. As I said, I did communicate what was happening.
I also reached out in Teams and communicated.

See highlighted items.


That aside..


We need to ask the lawyers to allow us to ask for  this.

"
_
**We want the Deatable ( dev-dealtable ) code base , 'Complete' from Jan 16th, 2022 as the Repo in Dealtable Azure Devops has not been updated since Sept 26, 2021.**

**We require access or a zip copy of the complete codebase. (Zip copy preferred).**
"
_
We have everything else.

Please advise ASAP.

Thank you

2

**From:** David Delorge
**Sent:** Wednesday, January 19, 2022 1:16 PM
**To:** Thomas Concannon <thomasc@networkdatarooms.com>; Nicholas Fortuna <nfortuna@allynfortuna.com>; Chris Concannon <chrisc@networkdatarooms.com>
**Subject:** RE: Meeting today at 5pm 1.19.22

Please see the below TimeLine and details.
Screen Shots are in the word doc and  the Excel Doc shows Signs and attempted sign in's.

TimeLine:
Tuesday Jan 17th, 2022 (8:45 am)
Ryan Saul Teams Messaged me she 'Had' to talk ASAP. She then Called my cell phone at 8:40 am telling me she was tired of Thomas not giving her a list to complete, that everyone is a dumb ass etc.  She then asked me if to get "Them" (Thomas and Chris) upset, if she could delete the Dev Code and show them that she had them in a corner and they have to do what she wanted. I Vehemently told her #1. You cannot delete the code, #2. It's a breach of contract and a felony. She laughed it off, said she was playing and I told her I had to go, and hung up.

Tuesday Jan 17th, 2022 (9 am)
I was Teams Messaged by Chris Concannon to block Ryan Saul's access to Azure and Office 365. I immediately went into the system and blocked her access.
She at this time threatened to do something harmful.

> **Chris Concannon**  Yesterday 8:44 AM
> STOP MAKING DEMANDS BECAUSE IT IS NO GOING WELL ON MY END. ITS GETTING VERY ANNOYING AND TRYING MY PATIENCE. IF IS NOT GOING TO LAST VERY LONG IF YOU KEEP UP THIS SHIT UP. IF YOU WANT TO QUIT JUST QUIT.

> **Chris Concannon**  Yesterday 8:58 AM
> Ryan, Finish the software or I am asking David to find a new coder. We are not going to continue to work like this anymore. Your job is to make the changes we give and make them correctly and if you do not want to do this job anymore then tell me now because I am not going to play this game anymore of you trying to hold us hostage and tell us what you are going to do and not do. I want an answer now!!! If I don't get an answer from you in the next 10 minutes then you will be asked to leave this project. How does that sound. You have pushed me to my limit. You seem like a sensible person and you have worked had but you attitude is getting old now. So change or leave. There is no in-between. If I don't here from you I have you answer. Chris

> **Chris Concannon**  Yesterday 9:07 AM
> You have two minutes to answer

> **Ryan Saul**  Yesterday 1:44 PM
> You will not fix this problem by hiring another developer. You will now go find that the hard way. Call me back after you have done that.

> **Chris Concannon**  Yesterday 1:45 PM
> Yu had your chance to do your work and stop complaining. Its over

Tuesday Jan 17th, 2022 (10:30 am)

@ approx. 10:30 am we had a meeting with Ryan – after I was told to re-enable her account, which I did.
We were on a Teams call with her and she said she was tired of the BS and that they didn't and couldn't continue without her. Chris Concannon then explained that he was done dealing with her disrespect and threats. He told her she was no longer working on the project and was fired. Ryan Saul then hung up.

At that Time I was told to go block her account again and cut off her access. This process takes less hen a min to accomplish.

In that minute, Ryan Saul deleted all the tables from the Application DB and deleted the Web App itself and was trying to create a back door into the Network Security.

**This had to be pre-staged and set up and ready for her to just run the query to delete the SQL DB tables and Delete the app.**

Once I discovered what she had done, I began retrieving our Disaster Recovery backups and re-deploying the system. She has embedded re-write code in the DB on 1/18/2022 around 9:50 am and also removed all admin privileges to the web app. I was forced to retrieve a 'Good' copy of the application from Thursday Evening at 11:55 PM to restore it to working order.

Around 4:04 pm MST time Ryan Saul called my phone again. I answered and asked why she deleted these services. She laughed and said that they deserved it . I explained to her not to call my cell again and these actions are illegal . She said she was calling to ask me to be a reference. I then said again, do not call me, you have broken your NDA and I now need to fix everything. She then told me to tell Thomas and Chris she would fix it for them, if they still wanted her to conitinue to work. I hung up.

I have blocked, removed and added her IP's and location to our security blocks and am monitoring all activity , as this morning around 6am, she tried again to access the system.

Attached please find evidence and Logs of the above.


Thank you




**From:** Thomas Concannon <thomasc@networkdatarooms.com>
**Sent:** Wednesday, January 19, 2022 12:35 PM
**To:** Nicholas Fortuna <nfortuna@allynfortuna.com>; David Delorge <ddelorge@dealtable.onmicrosoft.com>; Chris Concannon <chrisc@networkdatarooms.com>
**Subject:** Meeting today at 5pm 1.19.22

Gentlemen,

I'm scheduling a meeting for us all to chat about the next steps as to how to handle this situation moving forward. Here is the zoom link for the 5pm meeting below. Talk then.

Thomas Concannon is inviting you to a scheduled Zoom meeting.

Topic: Thomas Concannon's Personal Meeting Room

Join Zoom Meeting
https://us02web.zoom.us/j/6412782365?pwd=TENjYW4xd2xnZ1FwSkpidzdCNm9Cdz09

Meeting ID: 641 278 2365
Passcode: 652867
One tap mobile
+16465588656,,6412782365#,,,,*652867# US (New York)
+13126266799,,6412782365#,,,,*652867# US (Chicago)

Dial by your location
        +1 646 558 8656 US (New York)

+1 312 626 6799 US (Chicago)
+1 301 715 8592 US (Washington DC)
+1 346 248 7799 US (Houston)
+1 669 900 9128 US (San Jose)
+1 253 215 8782 US (Tacoma)
Meeting ID: 641 278 2365
Passcode: 652867
Find your local number: https://us02web.zoom.us/u/kcOVHVFElC


Best,
Thomas


--
Thomas Concannon
CEO
Network Data Rooms
257 W. 38th Street, 2nd Floor
New York, NY 10018
Cell: (917) 855-7138
thomasc@networkdatarooms.com

**delorgedj@outlook.com**

| | |
|---|---|
| **From:** | David Delorge <ddelorge@dealtable.onmicrosoft.com> |
| **Sent:** | Monday, February 21, 2022 3:03 PM |
| **To:** | Thomas Concannon; Thomas Concannon |
| **Subject:** | Stolen Code and what we need |

DealTable & NDR was set up with Microsoft Azure Devops and Azure Devops Source Code Repositories.
We created a Secure, restricted access Repository for our code in December 2020.

This Code base was shared with our developers and they were directed to work from the repo and the repo only, and were provided a Virtual Desktop to work with the code and Software programs.
We also, up until August 2021 used the Azure Devops Repo Boards and Tasks to track code changes and accomplishments.
We then moved to only one developer, Ryan Saul, and it was more convenient to work off a running list in Teams and meetings.
As of Sept 26th, 2021, Ryan Saul stopped updating the 'Real' new code to the repo, and occasionally just checked in the old code, to make it look like she was adhering to our code check-in rule.

She was not. She downloaded the code base, and was making changes to DealTable Code on a hidden, self owned repository in GitHub.
When she was let go, she did NOT check in the current code base.

We are currently trying to rebuild the code base as Ryan saul stole this, by developing the code and pushing it to our web app from her own repository. This was done intentionally and behind our backs. The left behind code base is from 9/26 and there are multiple add ins, connections, and even purchased Certificates missing from the left behind files she left.


What we need, ASAP, is the entire code base from 1/16/2022. She can either send it to us in a zip file or give us access to her hidden repo.
Without this code base, and all the missing connections and scrambled page connections, DealTable is left with weeks of re-compiling the code and trying to figure out all the broken pieces.

My recommendation is to have someone reach out and get the code and offer a deal to leave her alone with anything else if she complies.

DealTable used every security precaution and platform, including full backups, secure accessibility, Privileged Identity Management, DLP and Virtual Desktops for this development project.
This 'Theft' of code was don from the inside and pre-planned.
Without having someone check the code checking, details and lines, daily, there was no way to know this individual was doing what she was doing, at the time.

I am writing this from a hospital bed, waiting for another test as I woke up at 4:30 am this morning in the ER. This entire last 2 month, since Jan 18th has caused myself and others extreme stress. I literally spent almost 9 hours yesterday trying to re-compile the "Working" code pages to get DealTable at least back on the move and re-installing out Only Office add ins and software in our environment.

I am not sure at this moment what else to do but I again say this, this was an under-handed, planned act and against our security and policies.

Ryan Saul needs to give us the code base back from 1/16/2022 ASAP – as this is DealTabl's property.

Thank you

**delorgedj@outlook.com**

| | |
|---|---|
| **From:** | David Delorge <ddelorge@dealtable.onmicrosoft.com> |
| **Sent:** | Tuesday, January 18, 2022 4:02 PM |
| **To:** | Thomas Concannon; Jack Concannon; Chris Concannon |
| **Subject:** | DealTable.com - Developer Malicious actions. |

The following has been discovered in the 1 Min, 42 seconds it took to Lock our Ryan Saul.
Only explanation is, she must have had Scripts, and Azure open and once was told she was OFF the project, began, intentionally, changing, deleting and making as much as a mess as possible.

Azure Logs:



Azure SQl DB ( now restored) – all Tables and Data deleted. – We have Azure backuo- So everything has been restored.



DealTable dev-dealtable.com web app deleted. – Web App restored and reconnecting SQL and Pages-





User Completely Locked – out and access removed.

Please advise if Further information is needed.

**David J. DeLorge**

Chief Cloud Architect / Cloud Security Engineer
Cell Phone# 571-214-0156

**Microsoft CIE TEAMS Trainer**
**Microsoft Certified Teams Administrator**
**Microsoft Certified Azure Architect**
**Microsoft Certified Customer Immersion Expierience Instructor**

**Microsoft Certified AI Engineer**
**Microsoft Certified Azure Security Engineer**
**Microsoft Certified Azure Administrator**
**Microsoft Cetified Security Engineer Office365**
**Microsoft Certified 365 Identity and Services**
**EHC Certified White Hat Hacker 2019**
**AWS Certified cloud developer**
**Microsoft Certified Cloud Apps Developer**
**SNOWFLAKE Certified Data Warhouse**
**AWS Architect**
**267 Microsoft Badges & 52 Trophies**

  

     

    

**Stay Connected:**

  

1
2

David J Delorge
Email: ddelorge@dapicorp.com

3
4
5
6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

7
8
9
10
11
12
13

NETWORK DATA ROOMS, LLC,

                        Plaintiff,

      -against-

SAULREALISM LLC, ET AL.,,

                    Defendant

Case No.: 22 Civ. 2299 (LGS)

**REPLY AFFIDAVIT**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To the honorable LORNA G. SCHOFIELD, District Judge:

I, David J DeLorge, being duly sworn, hereby deposes and says:

Your Honor,

May it please you and this court, I am self-filing a REPLY AFFIDAVIT in conjunction with this case. I no longer work for NETWORK DATA ROOMS, LLC, and humble request to be removed from this case in all forms. I have felt harassed and hounded by this company over this case, which lead to health issues.

As for the 'Email' in question, the 'Original Email thread is attached', for your review in entirety.

REPLY AFFIDAVIT - 1

I did not give this email to any lawyers, and the information I provided NETWORK DATA

ROOMS, is also attached.


I humbly, as given the option,

**assert my Fifth Amendment right against self-incrimination,**

as I was not in possession on this 'Evidence', nor do I know the

chain of custody it went through, as there were hundreds of emails and passed around.


I beg this court, to grant my pleas above and to allow me to step away from this case in entirety.


Thank you for your time, your Honor.

David J Delorge


Dated this day of Month, year.

9/17/2022

REPLY AFFIDAVIT - 2

**Jurat Notary Certificate (Only for use in AR, AZ, CO, CT, DC, DE, GA, ID, IA, IL, KS, KY, MA, MD, ME, MN, MO, MT, NH, NJ, NM, NY, NV, NC, OH, OK, OR, PA, RI, SC, TX, UT, VA, WA)**

**Document Name:** *Reply Affidavit*

**STATE OF** *Colorado*
**COUNTY OF** *Douglas*
(County where notarization occurred)

Subscribed and sworn before me on *17th* day of *September*, 20 *22*, by
*David DeLorge* (name(s) of signer(s)), who personally appeared before me and
(is personally known to me or whose identity was proved on the basis of satisfactory evidence) to be the person
whose name is subscribed to in this document.

```
MARY BROST
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20134065556
MY COMMISSION EXPIRES OCT 18, 2025
```

*Mary Brost*
(Signature of notary public)

*MARY BROST*, Notary Public
(Name of notary public)

**My commission expires:** *October 18, 2025*

**Official Seal**

Personally known _____ OR
Produced identification ✓ Type of identification produced: *CODL + Microsoft PicID*

*Addendum:*

*— The Documentation mentioned in the
Affidavit has been sent previously
for Review.*