UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
NETWORK DATA ROOMS, LLC,

              Plaintiff,

         -against-

SAULREALISM LLC, et al.,

              Defendants.
------------------------------------------------------------------ X

22 Civ. 2299 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Orders dated August 16 and September 19, 2022, an evidentiary hearing is scheduled for October 27, 2022, at 2:00 P.M., in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York.  It is hereby

    **ORDERED** that the hearing is cancelled.  A written decision on the issue of the imposition of sanctions on Plaintiff will follow.

Dated: October 24, 2022
       New York, New York

*(signature)*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**