UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

NETWORK DATA ROOMS, LLC,

            Plaintiff,

  -against-

SAULREALISM LLC and RYAN SAUL,
in her individual and professional capacities,

            Defendants.

------------------------------------------------------X

CIVIL ACTION

Docket No. 22-Civ.-2299 (LGS)

**NOTICE OF APPEAL**

      PLEASE TAKE NOTICE that plaintiff Network Data Rooms, LLC hereby appeals to the United States Court of Appeals for the Second Circuit from all aspects of the Opinion and Order of the United States District Court for the Southern District of New York dated December 2, 2022 and entered on December 2, 2022, dismissing the action with prejudice, closing the case, and denying Plaintiff's request for a pre-motion conference for spoliation by Defendants, as moot.

Dated: December 29, 2022
       New York, New York

ALLYN & FORTUNA LLP

By: _____
Nicholas Fortuna (NF-9191)
*Attorneys for Plaintiff*
400 Madison Avenue, Suite 10D
New York, New York 10017
Telephone: (212) 213-8844
Facsimile: (212) 213-3318
E-mail: nfortuna@allynfortuna.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the execution date stated below, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the U.S. District Court, Southern District of New York, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record.

Executed on December 29, 2022

Allyn & Fortuna LLP

By: _____
Megan J. Muoio